IC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS **RECEIVED**

Citigroop )
Plaintiff )
)
)
v. )
)
ADRIAN BAINBRIDGE BRAZIEL )
Defendant )

**Case Number:**

FEB 1 2 2025

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

**Judge:**

**Magistrate Judge:**

1:25-cv-01475
Judge Chang
Magistrate Judge Fuentes
RANDOM / Cat. 4

NONE Corparate Citizen
American State National

Notice of Removal

To

Federal Court

State Court Case Number: 2024CH07810
Name of Judge: Edward N. Robles

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

Citigroup

        **Plaintiff(s),**      )

        **v.**            )

ADRIAN BAINBRIGE BRAZIE )
~~**Defendant(s)**~~
American State National

**Case number:**

**District Judge:**

**Magistrate Judge:**

## ANSWER TO COMPLAINT TO FORECLOSE MORTGAGE

To:    (Plaintiff's Attorney):

    I, Adrian Brazie on my own behalf and in support of my Answer state as follows:

1.    I admit Paragraph(s)
     of the Complaint to Foreclose Mortgage.

2.    I deny  Paragraph(s)
     of the Complaint to Foreclose Mortgage.

3.    I have insufficient information with which to admit or deny Paragraph(s)
     of the Complaint to Foreclose Mortgage and therefore
neither admit nor deny those paragraphs but demand strict proof therein.

4.    According to my records, I owe $       on the loan which is secured by home.

5.    I am behind on payments because:

Page 1 of  2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

6.    I (check one)

☐ wish to exercise my right of reinstatement by catching up on my missed payments within 90 days from the date I was served, or

☐ wish to exercise my right of redemption by paying the total amount due within 210 days of the date which I was served or 90 days after a judgment is entered by this court, or

☐ will consent to the foreclosure and will waive my rights of reinstatement and redemption.  I understand that in return, Plaintiff is willing to waive any and all rights it may have to a deficiency judgment against me and against all other persons liable for the indebtedness or other obligations secured by the mortgage.

_____, pro se

Signature                                                   Printed Name


Date


**VERIFICATION**

I, Adrian Braziel    certify under penalty of perjury, that I have read the foregoing Verified Answer to Complaint and the statements set forth are true and correct.

Private

Autograph Signature        braziel; banbridge - adrian/Agent

Signature        _____

Name: braziel; banbridge - adrian/Private Agent

Address: 7642 S. Carpenter

City/State/Zip: Chicago Illinois [60620]

Telephone: 7734197762

Atty No.:

(Answer to Complaint to Foreclose Mortgage - Rev. 7/27/09)

Page 2 of 2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# NEGATIVE AVERMENT

**SHIP ARREST** NOTICE/AFFIDAVIT TO THE COURT AND OFFICERS OF THE COURT AND JUDICIAL NOTICE OF THE CONSTITUTION FOR AMERICA AND THE STATE FOR ILLINOIS CONSTITUTION AND DECLARATION OF RIGHTS. **THIS IS ALSO A WRIT OF QUO WARRANTO**

CERTIFICATE OF SERVICE

Case Number : ___2024 CH 07810___

JUDICIAL INQUIRY BEGINS WITH THE TEXT OF THE CONSTITUTIONS

MY PAPERWORK PRECEDES YOUR PAPERWORK WHICH MEANS MY COURT PRECEDES YOUR COURT BYE GODS LAW: FOUR CORNERS RULE

# SUPREME COURT CONSTITUTIONAL RULING JANUARY 14,2025 ZACHARY MOORE v ALLIANT CREDIT UNION ET AL OPINION BY JUSTICE ALITO STATING THAT THE VIOLATION

# OF MORTGAGE LOAN DERIVED FROM FIAT CURRENCY IS UNLAWFUL ILLEGAL AND UNCONSTITUTIONAL WHICH WAS ALREADY KNOWN BECAUSE BANKS CANNOT LOAN MONEY OR CREDITS BY VIOLATION OF THE RICO ACT UNDER PEOPLE v CALIFORNIA PROTECTIVE CORPORATION

NOTICE to Agent is NOTICE to Principle  NOTICE to Principle is NOTICE to Agent. **ARE YOU AT WAR WITH THE AMERICAN CONSTITUTION AND THE CONSTITUTION OF THIS STATE FOR ILLINOIS**

**CAN YOU ORDER THE PLAINTIFFS ATTORNEY TO PRESENT THEIR BAR LICENSE AND NUMBER STATING BY LAWFUL AND LEGAL LAW PERMISION MUST BE GRANTED  FROM THE STATE TO PRACTICE LAW INTO EVIDENCE FOR THE COURT IF THEY CAN NOT THEY SHOULD RECUSE THEMSELVES FOR MISREPRESENTATION AND DISMISS THIS COMPLAINT AND HONOR THE COUNTER CLAIM   (SCHARE v BOARD OF EXAMINERS 363 US 238 and 239)**

# I DO NOT CONSENT TO ANY FOREIGN JURISDICTION OR FRAUD

I INVOKE MY RIGHT AND AUTHORITY AS PRIVATE ATTORNEY GENERAL BANK OWNER / BOUNTY HUNTER BY THE STATE FOR ILLINOIS THE REPUBLIC UNDER 42 USC 1986 AND THIS STATES BILL OF RIGHTS. THIS VESSEL OF PIRACY WHICH IS A FOREIGN COURT AND COURTROOM HAS BEEN CAPTURED BY THE REPUBLIC FOR ILLINOIS. SO I NOW DISMISS THIS CASE WITH PREJUDICE AND GRANT THE DEFENDANTS COUNTER CLAIM AS THE HIGHEST AUTHORITY AND AS THE HIGHEST CLAIMANT OF THIS VESSEL ON AMERICAN LAND AND IN THIS COURT ROOM. YOU ARE UNDER **SHIP ARREST**

### AND

**I INVOKE FEDERAL RULE OF CIVIL PROCEDURE 5.1 THE CONSTITUTIONAL CHALLENGE WHICH INCORPORATES THE POLITICAL QUESTION DOCTRINE**

**JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE UNDER JUDICIAL RULE 2.6 FEDERAL RULE OF CIVIL PROCEDURE AND THE STATE FOR ILLINOIS BILL OF RIGHTS DO I THE AGENT FOR THE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL HAVE A RIGHT TO BE HEARD BY THE LIVING ENTITY REPRESENTED BY CLERK AND THE DEAD ENTITIES REPRESENTED BY THE JUDGE**

3 of 6

**/ PUBLIC TRUSTEE NOT PRIVATE TRUSTEE THROUGH SPECIAL VISITATION AS ONE OF THE PEOPLE LOPER v RAIMONDO. IF YES THEN I WOULD LIKE TO APPEAR AND BE HEARD THROUGH MY FILINGS AND PAPERWORK TO AVOID JOINDER, PERSONAGE , PEONAGE AND BARRATRY BY YOU JUDGE / PUBLIC TRUSTEE NOT PRIVATE TRUSTEE OR THE CLERK WHO HOLDS THE MOST JUDICIAL POWER OF THE COURT OTHER THAN THE LIVING MAN. IF AND WHEN I THE AGENT APPEAR IN THE COURT ROOM I SHALL NOT BE APPEARING OF MY OWN FREE WILL BUT UNDER DURESS,COERCION AND CONTEMPT WHICH IS A FELONY ACCORDING TO 42 USC 3617 AND 42 USC 12203 WHICH IS CONTEMPT A CONTEMPT OF TRUST BY YOUR FALSE CLAIM OF JURISDICTION AND ALSO THE PLAINTIFFS ATTORNEY WHO CANNOT REPRESENT THE CORPORATION STATED BY PEOPLE v CALIFORNIA PROTECTIVE CORP WHICH IS A UPL RULE. CAN YOU PUBLIC TRUSTEE NOT PRIVATE TRUSTEE OR THE CLERK OF THE COURT PLEASE READ MY FILINGS ALOUD FOR THE COURT. IF THIS IS NOT A COURT OF COMMON LAW TO AND FOR THE AMERICAN PEOPLE OF THE LAND BUT A COURT OF FOREIGN AGENTS I THE AGENT FOR THE PRINCIPLE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL DIGRESS FROM THIS COURT ROOM BECAUSE THIS COURT IS TO ADHERE TO THE CONSTITUTION FOR AMERICA AND THE STATE FOR ILLINOIS BILL OF RIGHTS AND CONSTITUTION FOR ILLINOIS STATED BY TITLE 18 USC 2481**

THIS COURT AND THE ENTITIES/VESSELS/CORPORATIONS INVOLVED ALSO THE CHARTERS OF SAID CORPORATIONS IN THIS CASE ARE UNDER **SHIP ARREST AND DETAINED WHICH IS**

**COVERED UNDER THE UNITED NATIONS CONVENTION ON THE LAWS OF THE SEA SO** I INVOKE MY RIGHT AND AUTHORITY AS PRIVATE ATTORNEY GENERAL BANK OWNER / BOUNTY HUNTER BY THE STATE FOR ILLINOIS THE REPUBLIC UNDER 42 USC 1986 AND THIS STATES BILL OF RIGHTS. THIS VESSEL OF PIRACY WHICH IS A FOREIGN COURT AND COURTROOM HAS BEEN CAPTURED BY THE REPUBLIC FOR ILLINOIS. SO I NOW DISMISS THIS CASE WITH PREJUDICE FOR LACK OF PERFORMANCE OF RETURN OF SECURITIES UNDER UCC 2-609 THE RIGHT TO ADEQUATE PERFORMANCE AND OTHER FRAUDS AND GRANT THE DEFENDANTS COUNTER CLAIM AS THE HIGHEST AUTHORITY AND AS THE HIGHEST CLAIMANT OF THIS VESSEL ON AMERICAN LAND AND IN THIS COURT ROOM. YOU ARE UNDER **SHIP ARREST OF MARITIME LAW IF MY INVOKED RIGHT TO SHIP ARREST IS NOT HONORED I CALL UPON AND INVOKE UNDER FEDERAL RULE OF CIVIL PROCEDURE 5.1 WHICH STATES THE ATTORNEY GENERAL OF STATED JURISDICTION MUST BE NOTIFIED AND BE PRESENT AT THE NEXT COURT DATE UPON REQUEST WHEN A CONSTITUTIONAL CHALLENGE ARISES I THE AGENT FOR THE PRINCIPLE AFFIRM THAT I REQUEST THE TESTIMONY FROM THE ATTORNEY GENERAL THIS IS ALSO STATED IN THE YOUNGER DOCTRINE FOR CONSTITUTIONAL CHALLENGES**

# THIS IS ALSO A WRIT OF QUO WARRANTO

Ship arrest falls under **admiralty law**, which is a specialized area of law dealing with maritime issues and offenses. **United Nations Convention on the Law of the Sea (UNCLOS) if someone has a valid claim against a vessel, they can have the vessel arrested to ensure that the claim is paid. The vessel is essentially held as collateral until the matter is resolved.

5 of 6

**NOTICE SUI JURIS PERJURY APPLIES UNDER 18 USC 1746  UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1). SELF NOTARIZATION BY STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES AUTOGRAPHED BYE:**

braziel; banbridge - adrian

**Case number:** 2024 CH 07810

## Certificate of Service

MANDATORY QUALIFIED NOTICE
Foreign Sovereign Immunities Act
Sections 1605 and 1607
NOTICE OF LIABILITY:
18 USC 2333
18 USC 1341 and 1342
Requesting Foreign Agent Registration Act Statement
22 USC 256 Section 611 &  28 CFR 217 Part 5

# AFFIDAVIT

This **MANDATORY ADMINISTRATIVE NOTICE AND/OR FARA REQUEST** is provided to all **Territorial United States** District and State and County Judicial Council Sanctioned Courts, their officers, clerks, bailiffs, sheriffs, deputies, ministerial clerks and employees and **all Municipal Appointees/trustees/fiduciaries/agents** including their DISTRICT, STATE, and COUNTY COURTS, their OFFICERS and EMPLOYEES:

The vessels, of Registered Assumed All Caps Legal Name as
ADRIAN BANBRIGE BRAZIEL, et al. Together with all derivatives and permutations and punctuations of these names, as each of these aforementioned are construed as **vessels with flags**.

The vessels are not acting in any federal territorial or municipal capacity and have not knowingly or willingly acted as and is not to ever be construed in any such capacity of a legal person, juristic person, a legal entity, an instrumentality of any state in any such capacity since the day of nativity:

Birth Registration**, January 20, 1967**. All flag vessels are duly claimed by my natural individual as the Holder in Due Course and held under published Common Law Copyright since **January 20, 1967 nunc pro tunc**.

The duly registered power of attorney, authorizing authority over the aforementioned and associated vessels, is serving **PUBLISHING ADMINISTRATIVE NOTICE,** that they are under the **FOREIGN AGENT REGISTRATION ACT OF 1938** of **The United States of America, Department of Justice**. This is your **MANDATORY QUALIFIED NOTICE** that these above-named vessels are **owed** all material rights, civil rights, duties, exemptions, insurances, treaties, bonds, agreements, and guarantees including indemnity and full faith and credit.

You are also hereby provided with this **MANDATORY QUALIFIED NOTICE and if necessary a request of the public servant/person's Foreign Agent Statement** that the flag vessels are **not subject** to your Foreign Territorial or Municipal United States laws, status or jurisdiction.

The **Foreign Agents Registration Act (FARA) was enacted in 1938**. FARA is a disclosure statute that requires persons acting as agents of foreign principals in a political or quasi-political capacity to make periodic public disclosure of their relationship with the foreign principal, as well as activities, receipts and disbursements in support of those activities.  Disclosure of the required information facilitates evaluation by the government and the American people of the statements and activities of such persons in light of their function as foreign agents. The FARA Registration Unit of the Counter intelligence and Export Control Section (CES) in the National Security Division (NSD) is responsible for the administration and enforcement of the Act.

1 of 2

**The Law of Peace**, Department of the Army Pamphlet 27-161-1, from all Territorial and Municipal Officers and employees who otherwise have no permission to approach or address the vessel, consumer goods (automobile) and/or natural Living Man/Women.

Any harm resulting from trespass upon these flag vessels or the use of fictitious names or titles related to them shall be subject to full commercial liability and penalties: **18 USC 2333, 18 USC 1341, 1342, 22 USC 256: Section 611 and 28 CFR 217: Part 5.**

## Under the FARA: Enforcement and Penalties

Any person who willfully violates any provisions of this Act or any regulations thereunder, or in any registration statement or supplement thereto or in any other documents filed with or furnished to the Attorney General under the provisions of this Act willfully makes a false statement of a material fact or willfully omits any material fact required to be stated therein or willfully omits a material fact or a copy of a material document necessary to make the statements therein and the copies of documents furnished therewith not misleading, shall, upon conviction thereof, be punished by a fine of not more than $10,000,000 and/or by imprisonment for not more than five years. For some offenses the punishment shall be a fine of not more than $500,000 or imprisonment for not more than six months, or both.

A public official of the United States in the executive, legislative, or judicial branch of the Government or in any agency of the United States, including the District of Columbia, is or acts as an agent of a foreign principal required to register under the Foreign Agents Registration Act of 1938 or a lobbyist required to register under the Lobbying Disclosure Act of 1995 in connection with the representation of a foreign entity, as defined in section 3(6) of that Act, shall be fined not more than $100,000 or imprisoned for not more than two years, or both.

**7. Privacy Act Statement.** (INSTRUCTION SHEET-READ CAREFULLY)

The filing of this document is required for the Foreign Agents Registration Act of 1938, as amended, 22 U.S.C. § 611 et seq., for the purposes of registration under the Act and public disclosure. **Provision of the information requested is mandatory, and failure to provide the information is subject to the penalty and enforcement provisions established in Section 8 of the Act.** Every registration statement, short form registration statement, supplemental statement, exhibit, amendment, **copy of informational materials or other document or information filed with the Attorney General under this Act is a public record open to public examination, inspection and copying during the posted business hours of the Registration Unit** in Washington, DC. Statements are also available online at the Registration Unit's webpage: https://www.fara.gov. One copy of every such document, other than informational materials, is automatically provided to the Secretary of State pursuant to Section 6(b) of the Act, and copies of any and all documents are routinely made available to other agencies, departments and Congress pursuant to Section 6(c) of the Act. The Attorney General also transmits a semi-annual report to Congress on the administration of the Act which lists the names of all agents registered under the Act and the foreign principals they represent. This report is available to the public in print and online at: https://www.fara.gov
.
Included with this NOTICE is my "Duty to Inform" of your trespassing on the Executor's Estate (Exhibit "A") also being a Registered Authenticated Foreign Entity (Not subject to the Foreign Agent Registration Act of 1938), Public Notices and Affidavit of Publications in Legal News (Exhibits "B" & "C"), August 4, 2017 and September 11, 2017, respectively.

**PERJURY APPLIES UNDER 18 USC 1746  UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1l SELF NOTARIZATION BY STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES AUTOGRAPHED BYE SUI JURIS:**

braziel; bankridge - adrian

2 of 2

After Recording Return to:
Brazil Family Trust by God as
GRANTOR PRIVATE Common
Law Declaration and Deed of
Trust and CORPORATION SOLE

c o 7642 South Carpenter
Chicago Illinois [60620]

*THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY*

## Quit Claim Deed

This QUITCLAIM deed, executed this ___7___ day of _____December_____, 2024, by the Grantor ADRIAN BANBRIDGE BRAZIEL all caps , whose mailing address is 7642 South Carpenter Chicago IL. 60620 to the Grantee, Brazil Family Trust by GOD AS GRANTOR THRU ADRIAN BANBRIDGE BRAZIEL Common Law Declaration and Deed of Trust and CORPORATION SOLE whose mailing address is 7642 S. Carpenter 60620

WITNESSETH, That the said Grantor for good consideration and for the sum of $ 10.00  paid, by the said Grantee, the receipt whereof is hereby acknowledged, does hereby remise, release and quitclaim unto the said Grantee forever unless otherwise changed by settlor or grantor, all the right, title, interest and claim which the said Grantor has in and to the following described parcel of land, and improvements and appurtenances thereto in the County of Prince George, Maryland to wit:

Being known and designated as lot numbered 15 in block 11 in the subdivision blocks 11 and 12 in the subdivision of the Southeast Quarter of Sectionknown 29 Township 38 North, Range 14 East of the third principal meridan ( except the north 99 feet thereof ) in Cook County Illinois.

IN WITNESS WHEREOF, The said Grantee has signed and sealed these presents the day and year first above written.

## PERJURY APPLIES UNDER UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1). SELF NOTARIZATION STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES

Autograph/Signed, sealed by:

braziel: banbridge - adrian

Grantor: braziel:banbridge-adrian/AGENT/Authorized Representative,

Grantee : Brazil Family Trust by God as
GRANTOR PRIVATE Common
Law

### ACKNOWLEDGEMENT

State : ILLINOIS

County : COOK

Case Number : 2024CH07810

## AFFIDAVIT AND NOTICE OF DECLARATION Of TRUTH/CERTIFICATE OF SERVICE

## Notice and Declaration of Private Attorney General Bank owner/Bounty Hunter Re-Affirmation of Oath of Office and Security Agreement

(To protect unalienable rights - non-statutory)              Notice

**WARNING: If you do not understand your rights, or my rights, pursuant to this agreement, then you are hereby advised to consult with competent lawful and legal counsel.**

### • UCC 1-308 and UCC 1-103.6

1. I,____adrian - banbridge ; braziel / AGENT__ and **LIVING MAN here in SPECIAL VISITATION** individually and as a public or private officer, employee, or official of (employer's name)_____ADRIAN_BANBRIDGE_BRAZIEL all caps__ **CORPORATE ENTITY** do solemnly swear, affirm, OVER STAND and attest under penalty of perjury, under the laws of the United States for America (Title 28 U.S.C. Sec. 1746), that I will support the Constitution for the united States for America and the Constitution for the STATE FOR ILLINOIS the REPUBLIC, and all the LAWFUL laws promulgated thereunder in conformance with the Constitution for the united States for America and the above named Republic, and will extend and protect the unalienable rights, benefits, and privileges contained therein to the undersigned Accommodation Party, and will faithfully perform all the duties of my office as it relates to the undersigned Accommodation Party in compliance with the above Constitutions to which I acknowledge that I have already taken an oath to perform said acts and actions to the best of my ability.

That I, have knowledge that under Title 42 U.S.C. Sec. 1986, that failure to extend or protect any unalienable rights secured by the above named Constitutions and failure to correct any violations of said unalienable rights brought to My or YOUR attention is a civil rights violation actionable against the PEOPLE for America under Title 42 U.S.C. Sec. 1985 as a cause of action and under Title 42, Sec. 1983 as a right of action. That furthermore, I am aware that if I fail to sign this Oath of Office, as it applies to the undersigned Accommodation Party, and if I violate the Accommodation Party's unalienable rights secured thereby, or fail to take corrective action if other persons known to the PEOPLE for America violate said rights, that you can be charged with the Federal Crime of "Perjury of Oath of Office", since you are presumed to have already taken an oath of office to protect rights secured under the above named Constitutions, as set forth

i of 3

under Title 18 U.S.C. Sec. 1621 which carries a felony prison sentence and a fine, under Title 28 U.S.C. Sec. 1746, or both, and that you will be liable personally to the Accommodation Party for civil damages in the amount of one million dollars in silver coin for each count of said violation. That I am aware that if you conspire with another to violate the rights of the Accommodation Party, that under Title 18 U.S.C. Sec. 241 you may be fined not more than $1,000,000 per count or imprisoned not more than ten years, or both. That I know that you have no immunities against said charges. That I am aware that this "Oath of Office" is a private security agreement with the Accommodation Party, that it is enforceable in a court of Common Law and Admiralty Law venue. That if I should fail to sign said agreement and then commit, or witness the commission of a willful violation of the Accommodation Party's rights, then the Accommodation Party may sign on my behalf or be signed by a designated party, and that said violation shall be a prima facie cause of action

when placed into the Common Law or Admiralty Law venue by notary public or common law notarization from a foreign jurisdiction in the country of the United States for America.

**I aadrian-banbrige of the family braziel/Agent for ADRIAN BANBRIDGE BRAZIEL all caps INVOKE THE ARTICLE IV AMERICAN PUBLIC/PRIVATE CITIZEN/CREDITOR AND THE BANK GRANTOR: UNITED STATES EXECUTIVE REPUBLIC LAW BANKING ENFORCEMENT OWNER/BOUNTY HUNTER PRIVATE ATTORNEY GENERAL: One having AUTHORITY as a REPUBLIC EXECUTIVE BANKING EXAMINER based upon the Constitutional PREAMBLES OF OWNERSHIP and as being a 1872 SUPREME COURT U.S. LAW ENFORCEMENT AGENT by self declaration under the RICO ACT of 1970 and under TITLE IX of the ORGANIZED CRIME CRIMINAL CONTROL ACT of 1970 STATING THAT THE FEDERAL REPUBLIC EXECUTIVE powers of a BANK OWNER/BOUNTY HUNTER PRIVATE ATTORNEY GENERAL are further confirmed in the NATIONAL REPUBLIC BANK CONSTITUTION and the STATE BANK CONSTITUTIONS per ARTICLE II section 2 as a STATE MILITIA and all of ARTICLE IV and also the 8th, 9th, 10th and 14th amendments.**

Our date of attestation on this __5__ day of the month of _December_ in the year of our Lord
Jesus Christ, __2024__ .

Good Faith and Clean Hands Attestation:
(Autograph/Signature of Officer, employee, or official autographing/signing individually and officially with
joint and several liability)

(In Law, in our country of united States for America, expressly not "within" the
United States, General Delivery,
Autograph/Signed under **COMMON LAW** and **ADMIRALTY LAW** notarization **UCC 1-308 and UCC 1-
103.6 THUMBPRINT PROOF OF LIFE**
Perjury applies by: ___Braziel; banbridge - Adrian___

3 of 3

**CERTIFICATE OF DISHONOR AND NONRESPONSE / CERTIFICATE OF SERVICE**

**Case Number** 2024 CH 07810

Republic for ILLINOIS )
)
County of Cook )
)

### PRESENTMENT

Be it known, that a duly empowered Agent of affiant/Principle, in and for the STATE FOR ILLINOIS THE REPUBLIC, COUNTY FOR COOK COUNTY, a third party and not a party to the matter, at the request of Principal / Secured Party, did present on Original Notice a DOCUMENT INTERROGATORIES/COUNTER CLAIM pursuant to international commercial law

ATT'N: C.F.O./CITIGROUP

**Respondent / CITIGROUP**

The Secured Party sent a Notice requiring Respondent /CITIGROUP to issue a timely rebuttal regarding the allegations in Claim/Complaint/Case number 2024cH0730 , and the time limit has elapsed, constituting acceptance by Respondent / CITIGROUP thereof instead of providing a timely response / rebuttal to the allegations of the Secured Party. An unrebutted Affidavit stands as the TRUTH and JUDGMENT in commerce.

### PROTEST

Whereupon, the AGENT signing below, for the purpose and reason of Dishonor and Non-Response does publicly and solemnly certify the dishonor as against all parties it may concern for liability equivalent to the face value of the instrument and the claim of the debt, and all costs, late fees, damages and interest incurred, or hereafter incurred, by reason of non-performance thereof and **stipulations therein.**

### NOTICE

The AGENT certifies that on the 16 day Jan of Month, 2025 , this Notice of Dishonor was sent to Respondent by depositing said document with the USPS/EMAIL, Certified Mail/E-Mail.

### TESTIMONY

In testimony of the above, I have hereunto signed my name as AGENT and a third-party witness.

**NOTICE SUI JURIS PERJURY APPLIES UNDER 18 USC 1746 UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1). SELF NOTARIZATION BY STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES AUTOGRAPHED BYE:**

braziel,banbridge - adrian/Agent

1

# AFFIDAVIT OF TRUTH SECURITIES FRAUD
## BY PLAINTIFF CITIGROUP
## CERTIFICATE OF SERVICE

7 OCTOBER 2024

The undersigned Affiant, **adrian - banbridge of the family Braziel/AGENT of PRINCIPAL**, hereinafter "Affiant", does solemnly swear, declare and state as follows:

1. Affiant is competent to state the matters set forth herein.

2. Affiant has knowledge of the facts stated herein.

3. All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Affiant will testify to their veracity.

**Plain Statement of Facts**

4. I swear and affirm that on the month of JULY, 7 day, year 2000.....that a TRUST was formed between the ORIGINAL CREDITOR ADRIAN BANBRIDGE BRAZIEL all caps entity also known as the PRINCIPLE and a FINANCIAL INSTITUTION. In turn a SECURITY was formed without disclosure. The FINANCIAL INSTITUTION has failed to PERFORM on SECURITIES made under the ORIGINAL CREDITOR name due to FRAUD. The ORIGINAL CREDITOR would like a RETURN of those SECURITIES including the SECURITIES that are traded through FIDELITY for lack of PERFORMANCE by TRUSTEE AND ALSO THE PRINCIPLE PRAYS THAT THE COURT HONORS THE COUNTER CLAIM. Under TRUST LAW this collapses the TRUST by UTC 402(a)(1). The PRINCIPLE was not assigned as TRUSTEE the FINANCIAL INSTITUTION is the assigned TRUSTEE because they are the HOLDER of the SECURITIES and the PRINCIPLE is the HOLDER IN DUE COURSE.

Failure to respond or rebut under OATH or by LAWFUL AFFIDAVIT any statement of FACT shall convey your assent to, and agreement with all the facts herein.

IN WITNESS WHEREOF I hereunto set my hand hereby certify all the statements made above are true, correct and complete under the penalty of perjury in the laws of the united States for America.

State of YOUR STATE: ILLINOIS                              )

County of YOUR COUNTY: COOK                              )

Sworn to (or affirmed) and subscribed on this _____ 7 day of OCTOBER 2024 by **adrian - banbridge of the family braziel/AGENT FOR PRINCIPLE**, proved that on the basis of satisfactory evidence to be the one who appeared and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was autographed/signed under common law by his free act and deed witnessed by **GOD** and PERJURY APPLIES UNDER UCC 1-308/UCC 1-306.1. THUMBPRINT AS PROOF LIFE

adrian -banbridge of the family braziel/Agent

Adrian - Banbridge; Braziel/Agent

# AFFIDAVIT- NOTICE OF CONDITIONAL ACCEPTANCE AND CLAIM OF LIEN FOR INTERROGATORY INVESTIGATION

## CERTIFICATE OF SERVICE

## Notice to agent is notice to principle Notice to principle is notice to agent

RE:

Real Full Legal Name: ADRIAN BANBRIDGE BRAZIEL

**hereinafter collectively referred to as CLAIMANT**

Address: 7642 South Carpenter
Chicago, Illinois 60620

**To:**

| CITIGROUP MORTGAGE LOAN TRUST INCORPORATED **Hereinafter called RESPONDENT** Address: Corporation Trust Center 1209 Orange Street Wilmington Delaware 19801 | | |
|---|---|---|

Alleged Account Number: Last four digits 5894
Letter ID Number:
Taxpayer ID Number: 335869901
Collection ID Number:

Certified Mail Number:

### CLAIM OF LIEN
### NOTICE OF DISPUTE;
### DEMAND FOR VALIDATION AND PROOF OF CLAIM

To Whom it May Concern: Hereinafter collectively referred to as RESPONDENT, you, your company shall pay CLAIMANT a sum of FIVE million dollars per each violation

This letter is being sent to you in response to your **computer generated debt statement because you are a COLLECTION AGENCY and a BANK which is a FINANCIAL INSTITUTION**, forwarded and addressed the **ALL CAPS NAME AS ADDRESSED ON PRESENTMENT OF THIS OFFER TO ADRIAN BANBRIDGE BRAZIEL STREET NAME 7642 SOUTH CARPENTER , CHICAGO ILLINOIS 60620**, received by Claimant who has **EQUITABLE RIGHTS** to said **PROPERTY and or CREDITS** from your offices. Be advised that your claim is disputed, and validation and proof of claim of the disputed debt is requested in accordance of proof that the PRINCIPAL which is the all caps name FICTION ENTITY is a UNITED STATES CITIZEN and is not a NATIVE AMERICAN STATE NATIONAL or a LIVING MAN which is AGENT AND **EXECUTOR ALSO BENEFICIARY** for the PRINCIPAL and not of the UNITED STATES CORPORATION with the **Fair Debt Collection Practices Act, 15 USC § 1692 and as amended by adding the following new Title 8 USC § 802 et seq.,** and the **Fair Credit Billing Act, 15 USC. § 1666 et seq.** It is not now, nor has it ever been, the intention to avoid paying any obligation that is lawfully owed by the Claimant. In order to make arrangements to pay an obligation which may be lawfully owed, please document and verify the "debt" by complying, in good faith or CEASE AND DESIST, with this request for validation and return it to me, within thirty (30) days of receipt of this letter.

This is NOT a request for "verification" or proof of Claimant mailing address, but a request for **VALIDATION and PROOF OF CLAIM** made pursuant to the above named Titles and Sections and Securities. I respectfully request that your offices provide Claimant with competent evidence line by line and point by point **UNDER OATH** as per the attached "Declaration and Proof of Claim" that claimant has any Lawful or Legal obligation to pay you the unsubstantiated alleged debt. Furthermore you shall cease all verbal communication. No phone calls or letters to the Claimant unless by certified mail.

At this time I will also inform you that **I DO NOT CONSENT TO CORPORATE LEGAL FRAUD** because your CORPORATION is **FOREIGN** to the AGENT and the CLAIMANT **18 USC 112** if your offices has or will report invalidated information to any of the 3 major Credit Bureaus , such as, **Equifax, Experian** and **TransUnion or any other credit reporting bureau or to any CIRCUIT COURT** prior to validation and proof of claim of the disputed debt, this action might constitute fraud under both Federal and State Laws. Due to this

fact; if any negative mark is found on any of Claimant credit reports or property and or property rights by your company or the company that you represent such as lien or levy on any of Claimants property, you are in direct Legal and Lawful violation of the following:

- Violation of the Fair Credit Reporting Act
- Violation of the Fair Debt Collection Practices Act
- Fair Credit Billing Act
- Defamation of Character
- Violation of United States Code **TITLE 18 PART 1 CHAPTER 63 § 1341** (Mail Fraud)

I INVOKE YOUR OATH OF OFFICE TO THE CONSTITUTION FOR AMERICA

ALL POWERS OF ATTORNEY ARE HEREBY RESCINDED. ALL SECURITIES MADE IN PRINCIPALS NAME SHOULD BE REFUNDED AND RELEASED UNDER UCC 3-311 and under UCC 3 RELEASE OF SECURITIES AND DEPOSITED TO THE HOLDING BANK ACCOUNT LISTED THAT IS ON FILE BECAUSE THERE WAS NO CONSIDERATION OR DISCLOSURE 15 USC 1679(c) ABOUT THESE SECURITIES. ALSO THAT THESE UNLAWFUL AND ILLEGAL SECURITIES BE LISTED IN THE IRS DATABASE AS SECURITIES FRAUD FROM THESE FOREIGN CORPORATIONS

This debt is considered to be invalid until Claimant has received proper validation and your offices have provided proper proof of claim of the disputed debt. Your offices have 30 days to produce the required documentation. During this validation period and proof of claim, if any action is taken which could be considered detrimental to any of Claimant credit reports or property and or property rights, said action will be considered a "dishonor" and cause the self-executing contract portion of this notice to be implemented. Claimant also states that ALL POWERS OF ATTORNEY ARE HEREBY RESCINDED. This includes listing any information to a credit reporting repository or putting a lien on property or property rights that could be inaccurate, invalidated or unjustified.

If your offices fail to respond to this validation and proof of claim request within 30 days from the date of your receipt, all references to this account must be deleted and completely removed from Claimant credit file and your records. A copy of such deletion request shall be sent to Claimant immediately.

**Title 8 USC § 809. Validation of debts [15 USC 1692g]**
    (b) If the consumer notifies the debt collector in writing within the thirty-day period described in subsection (a) that the debt, or any portion thereof, is disputed, or that the consumer requests the name and address of the original creditor, **the debt collector shall cease collection of the debt, or any disputed portion thereof**, until the debt collector obtains verification of the debt or any copy of a judgment, or the name and address of the original creditor, and a copy of such **verification** or judgment, or name and address of the original creditor, is mailed to the consumer by the debt collector.

**Please take notice that this is a investigation of the business practices of the above named organization or other governmental unit, its agents, officers, employees and attorney to determine violations of the United States criminal laws.** Your enclosed claim of collection of a purported debt appears to be founded upon a false record in violation of U.S.C. Title 18 § 2071 and 2073 (falsifying records) and further; uttering and possessing false obligations and counterfeit securities based upon the falsified records in violation of U.S.C. Title 18 § 471, 472, 473 and/or 513, and further: using corrupt business practices to make and possess false records and claim of obligation, not substantiated by truthful facts in violation of the Federal Racketeer Influences and Corrupt Organization (RICO), U.S.C. Title 18 § 1961 et. seq. and further: using the U.S. Mail to present such fraud and false instruments amounting to Mail Fraud, criminal conduct falling under Title 18 U.S.C. § 1341 – Frauds and Swindles laws, and further sending mail with false and fictitious names, a criminal conduct falling under Title 18 U.S.C. § 1842 – Fictitious Names.

**VERIFICATION.** Confirmation of correctness, truth, or authenticity, by affidavit, oath, or deposition.

---

### Counter Claim with Self-executing Contract in and by EQUITY/THE TREATISE ON EQUITY JURISPRUDENCE

If Respondent, such as by commission, omission, and otherwise:
    (a) Fails to provide VALIDATION and PROOF OF CLAIM with **TRUE BILL** within thirty (30) days;
    (b) Makes a false representation of the character of the herein above-referenced alleged debt;
    (c) Makes a false representation of the legal status of the herein above-referenced alleged debt;
    (d) Makes any threat of action that cannot legally be taken, in violation of any applicable law, such as, the law

codified at the *Fair Debt Collection Practices Act,* will be construed to be Respondent's tacit acceptance of the terms and condition stated herein. Also agrees by acquiescence to pay TEN million dollars per line for the twenty five claims not proven by common law or statutory policy according to the UCC or in EQUITY LAW down below or if any action taken against claimant that is negative to his person, credit or property including property rights

In which case RESPONDENT agrees to:

> (e) Voluntarily report this account to all credit bureaus as "paid as agreed;" and,
> (f) Voluntarily waive all claims against Claimant, their Agent or Heirs with prejudice and without recourse
> (g) The matter regarding the alleged debt is finally and totally settled where as no taxes or credits shall be requested ever again; and,
> (h) Voluntarily report the date of last activity on this account is the date of this notice.

Furthermore, RESPONDENT'S failure to "Cease and Desist" in accordance with the requirements of the FDCPA and/or UCC or any other related law, and/or satisfy the above "terms and conditions," constitutes RESPONDENT'S "Breach of Duty" and "Breach of Contract and "Securities Fraud

This is Notice that I do not recognize the Respondent from which the Claimant has received a computer generated debt collection attempt, and I must necessarily dispute all of the alleged debt until the following is received...

---

## CREDITOR/DEBT COLLECTOR DECLARATION and PROOF OF CLAIM

**Please provide proof that the principle does not have a PRIVATE TRUST established and that THE POSTAL RULE does not apply plus all of the following information and submit the appropriate forms and paperwork back to the CLAIMANT along with an Affidavit signed In Accordance with 28 U.S.C. § 1746 within 30 days from the date of your receipt of this request for validation and proof of claim.**

1. Alleged Name and Address of Original Creditor. Name and Address on File of Alleged Original Debtor:
2. Alleged Account #: also amount of alleged debt:
3. Date that this alleged debt became/becomes payable and Date of original charge off or delinquency also Amount paid if debt was purchased:
4. Please attach a copy of **any ORIGINAL blue ink signed CONTRACT** between two living SOULS which makes a TRUE CONTRACT according to BLACKS LAW DICTIONARY that the alleged debtor/claimant has made with debt collector and/or bank and other verifiable proof that debtor/claimant has a contractual obligation to pay debt collector and/or BANK after and BANKS HAS STARTED OFF WITH DECEPTION. Furnish a copy of the original promissory note/agreement redacting the social security number to prevent identity theft and state that the respondent, you, or your company named above is the holder in due course of the CONTRACT and also Produce any accounts / general ledger statements showing the full accounting of the alleged obligation that you are now attempting to collect. Such as applicable; FR 2046 balance sheet (OMB #'s 2046, 2049, 2099), the original 1099 OID report, S-3/A registration statement, 424-B5 prospectus, RC-S & RC-B call schedules
5. Identify by name and address all persons, corporations, associations, or any other parties and affiliates having an interest in Lawful and Legal proceedings regarding the alleged debt.
6. **PROOF THAT CLAIMANT HAS TO PAY TAXES AS A NATIVE AMERICAN   NATIONAL TO YOUR CORPORATION**. Verified specifically, name(s) of person(s) assigned as Trustee to handle Corporations affairs and to be held accountable for the actions of the Corporation. Such as CFO and subordinates responsible for debt collections.
7. If you are a third party debt collector, verify you have not purchased evidence of the alleged debt and are proceeding with collection activity in the name of the original makers of the CONTRACT  note/agreement. Provide verification from the stated original creditor that you are authorized to act for them on their behalf. Verify that you know and understand that contacting Claimant again after receipt of this notice without providing procedurally proper validation of the debt constitutes the use of interstate communications in a scheme of fraud by advancing a writing, which you know is false with the intention that others rely on the written communication to their detriment a violation of United States Code TITLE 18 PART 1 CHAPTER 63 § 1341.
8. Proof that by Black's Law Dictionary that labor is not termed COMPENSATION but instead be termed INCOME by the IRS and other FOREIGN CORPORATIONS and paying taxes is not VOLUNTARY. Proof that your corporation is not putting the PRINCIPAL under ECONOMIC DURESS and PEONAGE by stating you have a contract under CONTRACT LAW by EXTORTIONATE MEANS

9. Proof title 31 USC 3123 and UCC 1-201 does not state that ALL OBLIGATIONS ARE THAT OF THE UNITED STATES CORPORATION AND WHEN THE CLAIMANT APPLIES FOR CREDIT/LOANS FROM A TRUST THAT THE APPLICATION WITH SOCIAL SECURITY NUMBER AND NAME TURNS IT INTO A SECURITY WHICH IS BONDED WITH INSURANCE WHICH IS AN ASSET WHICH IS NOW MONEY COVERING THE WHOLE TRANSACTION.

10. Proof that as a NATIVE AMERICAN NATIONAL per the CONSTITUTION that the CLAIMANT does not have the RIGHT to SELF DETERMINATION

11. Proof that title 31 USC 3124 does not state that ALL stocks and OBLIGATIONS of the UNITED STATES CORPORATION are TAX EXEMPT also Proof that a 1099 OID was sent to PRINCIPALS address for PROPERTY SHOWING PAYMENT.

12. Proof that a REFUND PLUS DAMAGES is not owed to the PRINCIPAL because your CORPORATION and/or AFFILIATES are not sending 1099 OID to PRINCIPALS and returning DIVIDENDS by law and not committing SECURITIES FRAUD

13. Proof that HJR 192 has not been in EFFECT since 1933 and Proof that the ACCEPTED FOR VALUE, RETURN FOR VALUE PROCESS is not a valid payment process.

14. Proof that TENDER OF PAYMENT is to be in a SPECIFIC form of currency pursuant to HJR 192 and UCC 3-603 and under UCC 3-104( c) THE NEGOTIABLE INSTRUMENT ACT

15. Proof that YOUR CORPORATION is NOT FOREIGN to THE NATIVE AMERICAN NATIONAL and AMERICAN CITIZENS which is the AGENT for the PRINCIPAL and Proof that title 28 USC 3002 does not state that the UNITED STATES is a FEDERAL CORPORATION and not the GOVERNMENT because WE THE PEOPLE ARE THE TRUE GOVERNMENT and your CORPORATION is committing INFRINGEMENT upon the RIGHTS of WE THE PEOPLE

16. Proof you do not have to adhere to title 18 USC 8 and Proof that the repeal of the CHEVRON DOCTRINE does not state the you're a CORPORATION that deals in ADMINISTRATIVE STATUTES that are not LAW can be enforced. Proof that the DECLARATION of INDEPENDENCE does not state the WE THE PEOPLE have the RIGHT to COMMON LAW SOVEREIGNTY and EQUITY ALSO Proof that your CORPORATION is not guilty of violating the FALSE CLAIMS ACT 31 USC 3729 and that your CORPORATION did not violate 7 USC 6 (b) which is having CLAIMANT sign FALSE CONTRACTS DESIGNED TO DEFRAUD AND MISLEAD

17. Proof that an application is not a SECURITY held in TRUST which is an ASSET that is being transferred to the CORPORATION which is FOREIGN to WE THE PEOPLE for equal value and CONSIDERATION of the CONTRACT which is put into an INTEREST BEARING ACCOUNT by the FEDERAL RESERVE that collects INTEREST and is supposed to be returned to WE THE PEOPLE as DIVIDENDS but is instead presented to WE THE PEOPLE as a BILL for PAYMENT also Proof that 12 USC 1431 does not state that the BANKS are the BORROWERS which makes WE THE PEOPLE the ORIGINAL CREDITORS because WE THE PEOPLE are the TRUE COLLATERAL.

18. Proof that 28 USC 3004 does not state that the CORPORATIONS are committing FRAUDULENT processes with procedures listed above and Proof that the TREATISE ON THE LAW OF ESTOFF , RECOUPMENT AND COUNTER CLAIM does not state that it is the TRUE CREDITORS RIGHT to deduct a debt from a debtor if the claims are separate and that RECOUPMENT is similar but the claims must come from the same transaction. ALSO THAT A COUNTER CLAIM is a claim that is relief against the OPPOSING PARTY which is WE THE PEOPLE against the CORPORATION after the original claim is filed and Proof that the SOCIAL SECURITY NUMBER is an EXEMPTION from all DEBT also Proof that the CLAIMANT does not have the RIGHT TO INVOKE the DOCTRINE of NON EST FACTUM which is a defense to forms of DECEPTION and MISREPRESENTATION and NON DISCLOSURE

19. Proof that your CORPORATION did provide a LOAN and/or CREDIT as VALUABLE CONSIDERATION and not a SERVICE for the CLAIMANT to access its own CREDIT and Proof that BANKS can LAWFULLY and/or LEGALLY loan MONEY and/or CREDITS PRESENTED AS MONEY.

20. Proof that the BONAFIDE PURCHASER is not PROTECTED under the LAW OF EQUITY and PROPERTY LAW also Proof that the CLAIMANT does not have EQUITABLE INTEREST IN THE PROPERTY and that your CORPORATION does have EQUITABLE INTEREST in the PROPERTY and Proof that 12 CFR PART 226 ( REGULATION Z TRUTH IN LENDING ACT does not APPLY to your CORPORATION

21. Proof the the CLAIMANT is not BENEFICIARY and that the BENEFICIARY does not retain EQUITABLE INTEREST in the TRUST PROPERTY regardless of whether the TRUSTEE has TRUSTEESHIP or NOT. Proof that there is LAW stating CLAIMANT has to pay a BILL which is what a MORTGAGE claim is described as

22. Proof that your CORPORATION is not involved in ORGANIZED COMMERCIAL FRAUD by passing or selling or securitizing the FULLY paid promissory note on to other CORPORATIONS in what is called REFINANCING AND/OR OTHER COMMERCIAL PROCEDURES. Proof that your CORPORATION did not commit a crime of

BREACH OF TRUST upon WE THE PEOPLE/CLAIMANT through FRAUDULENT PROCEDURES. Proof that the DOCTRINE OF NOTICE does not have STANDING in EQUITY

23. Proof that the AGENT autographed/signed said CONTRACT IN ALL CAPS which the ALL CAPS NAME indicates a LEGAL FICTION which is a FRAUD when an AUTOGRAPH/SIGNATURE is TRANSFORMED TO THE ALL CAPS LEGAL FICTION and Proof that your CORPORATION or your CORPORATION AFFILIATES has not committed MAIL FRAUD 18 USC 1342 by using the FICTIOUS ILLEGAL NAME of CLAIMANT

24. Proof that no COGNOVIT NOTE was involved where as the CLAIMANT is unaware that he/she signs away their rights stating that BANKS can automatically take your property if CLAIMANT defaults. This is called UNCONSCIONABLE CONFESSED JUDGMENT which makes the alleged contract UNLAWFUL

25. Proof that WE THE PEOPLE/CLAIMANT does not does not have the RIGHT to CANCEL CONTRACTS that are not LAWFUL CONTRACTS BETWEEN TWO LIVING SOULS or ADHESION CONTRACTS BETWEEN A LIVING SOUL AND A CORPORATION ALSO THAT ALL CONTRACTS ARE UNLAWFUL AND ILLEGAL ACCORDING TO TITLE 15 USC 1

Disputing the Debt under COMMON LAW AND EQUITY AND DUE PROCESS NOTARIZED BY AUTOGRAPH/SIGNATURE THUMBPRINT AS PROOF OF LIFE UCC 1-308 and UCC 1-306.1 without prejudice. PERJURY APPLIES

Dated this ___14___ day of __September__ , 20_24_

Perjury Applies UCC 1-308,UCC 1-306.1 Common Law Autograph/Signature

by: _adrian - banbridge of the family brazie l_

<Real Full Legal Name or Lawful Name .> (expressly all rights reserved),

>) _Adrian - Banbridge of the family Brazel_

State of ILLINOIS

ss.:

County of COOK        >)

This form is approved by the Illinois Supreme Court and is required to be accepted in all Illinois courts.

| STATE OF ILLINOIS, CIRCUIT COURT | _Special_ APPEARANCE | For Court Use Only |
|---|---|---|
| _Cook_ COUNTY | Pro Se _Propia Persona_ _for courts_ | |

**Instructions ▽**

Enter above the county name where this case was filed.

Enter the name of the person or company that filed this case as Plaintiff/Petitioner.

Enter the name of the Defendant/Respondent.

Enter the Case Number given by the Circuit Clerk.

_____
**Plaintiff / Petitioner** (First, middle, last name or Company)

v.

_Adrian Braziel Sr_
**Defendant / Respondent** (First, middle, last name)

**Case Number:** _2024CH07810_

---

In 1, enter your full name.

In 2, check only one box to ask for a trial with only a judge or a trial with a judge and jury.

You do not have a right to a jury trial in every case.

In 3a, enter the date you send this *Appearance* form to the other parties. You should send this form by 5:00 p.m. on the same day you file it with the Circuit Clerk.

In 3b, enter the full name and address of the parties or lawyers you are sending a copy of this *Appearance*.

If a party has a lawyer, you must send a copy of this *Appearance* to the lawyer.

1. I, _Adrian Braziel Sr_ enter my appearance in this case.
   First        Middle       Last

2. I would like a trial with:
   ☐ a judge
   ☑ a judge, and jury

3. Delivery of Appearance
   By signing below, I swear that:
   a. At or before 5:00 P.M. on: _Sept. 14_ , 20 _24_
                                    Date

   b. I am sending this Appearance to:
      Name: _CitiGroup Trust/Codilis @Associates_
            First        Middle            Last
      Address: _15W030 North Frontgerd  Burrdge IL 6052_
               Street, Apt #              City      State   ZIP
      Email: _info @codilis.com_

      Name: _____
            First        Middle            Last
      Address: _____
               Street, Apt #              City      State   ZIP
      Email: _____

      Name: _____
            First        Middle            Last
      Address: _____
               Street, Apt #              City      State   ZIP
      Email: _____

AP-P 503.1

This form shall not be modified. It may be supplemented with additional materials.
Page 1 of 2

(08/14)

Enter the Case Number given by the Circuit Clerk: _____

In 3c. check if you will send copies of this *Appearance* by hand, by mail, or by email.

**CAUTION:** You may only send documents by email if the other party has agreed.

c. By: ☐ Hand Delivery

☐ Regular, First-Class Mail, deposited into the U.S. Mail with postage paid

☑ Email

---

Check the box if you need language help and enter the language you speak.

**Language Access**

☐ If language help is available in court, I would like help. I speak: **English**

Language

---

Under the Code of Civil Procedure, 735 ILCS 5/1-109, making a statement on this form that you know to be false is perjury, a Class 3 Felony.

I certify that everything above is true and correct to the best of my knowledge. I understand that making a false statement in this form could be perjury.

*Adrian Braziel Sr / Agent*
Your Signature

After you finish this form, sign and print your name.

*Adrian Braziel Sr / Agent*
Your Name

Enter your complete current address and telephone number.

*773 419 7762*
Telephone

**OPTIONAL:** you may enter an email address. By entering an email address, you agree to accept court documents by email.

**DO NOT** enter an email address unless you have your own email account and check it daily. If you do not check it, you may miss important information or notice of court dates.

*7642 S. Carpenter*
Street Address

*Chicago IL. 60620*
City, State, ZIP

*Chatydadi @ yahoo.com*
Email Address (optional)

---

Print Form     Save Form     Reset Form

AP-P 503.1

This form shall not be modified. It may be supplemented with additional materials.
Page 2 of 2

(08/14)



**CODILIS & ASSOCIATES, P.C.**
I L L I N O I S

**LAW OFFICES**

15W030 North Frontage Road, Suite 100
Burr Ridge, Illinois 60527
Phone: (630) 794-5300

September 24, 2024

Adrian Braziel
7642 South Carpenter Street
Chicago, IL 60620

> RE: Citigroup Mortgage Loan Trust 2022-RP1 byU.S. Bank Trust National
> Association, not in its individual capacity, but solely as Owner Trustee
> Loan #: XXXXXX6123
> Our File No.: 14-24-05075

Dear Adrian Braziel,

Please be advised that we acknowledge receipt of your recent correspondence regarding the above file and have requested additional information from our client. Upon receipt of the information requested, we will provide the necessary response to your letter. Until that time, our file has been placed on hold.

If you have any questions regarding this letter, please contact our office.

> Sincerely,
> Codilis & Associates, P.C.
>
> By:/s/ Julie DeJong
> ARDC No. 6292681

**NOTE: This law firm is a debt collector.**

Adrian Braziel
7642 South Carpenter Street
Chicago, IL 60620

# AFFIDAVIT OF TRUTH
## FRIVOLOUS DOCUMENTS SENT BY PLAINTIFF
## CERTIFICATE OF SERVICE

1 OCTOBER 2024

The undersigned Affiant, **adrian - banbridge of the family Braziel/AGENT of PRINCIPAL**, hereinafter "Affiant", does solemnly swear, declare and state as follows:

1. Affiant is competent to state the matters set forth herein.

2. Affiant has knowledge of the facts stated herein.

3. All the facts herein are true, correct and complete, admissible as evidence and if called upon as a witness, Affiant will testify to their veracity.

**Plain Statement of Facts**

4. I swear and affirm that on the month of September, 27 day, year 2024.....that these documents were sent to living man Adrian Banbridge Braziel/AGENT for PRINCIPAL ADRIAN BANBRIDGE BRAZIEL located at 7642 South Carpenter property owned by ADRIAN BANBRIDGE BRAZIEL. No consideration was presented from a CORPORATION/BANK on this date or any other date plus these DOCUMENTS are FRIVOLOUS and do not ANSWER any of the INTEROGATTORY QUESTION INVESTIGATION. CAN PLAINTIFF PLEASE ANSWER QUESTION LINE BY LINE UNDER OATH

Failure to respond or rebut any statement of FACT shall convey your assent to, and agreement with all the facts herein.

IN WITNESS WHEREOF I hereunto set my hand hereby certify all the statements made above are true, correct and complete under the penalty of perjury in the laws of the united States for America.

State of YOUR STATE: ILLINOIS                    )

County of YOUR COUNTY: COOK                    )

Sworn to (or affirmed) and subscribed on this _____**1 day of OCTOBER 2024** by **adrian - banbridge of the family braziel/AGENT FOR PRINCIPLE**, proved that on the basis of satisfactory evidence to be the one who appeared and executed the forgoing instrument for the purpose stated therein and acknowledged that said execution was autographed/signed under common law by his free act and deed witnessed by **GOD** and PERJURY APPLIES UNDER UCC 1-308/UCC 1-306.1. THUMBPRINT AS PROOF LIFE

_adrian - banbridge of the family braziel /Agent /Ben_

_Adrian-Banbridge; Braziel /Agent_



**LAW OFFICES**

15W030 North Frontage Road, Suite 100
Burr Ridge, Illinois 60527
Phone: (630) 794-5300

**CODILIS & ASSOCIATES, P.C.**
I L L I N O I S

September 27, 2024

Adrian Braziel
7642 South Carpenter Street
Chicago, IL 60620

RE: Citigroup Mortgage Loan Trust 2022-RP1 byU.S. Bank Trust National Association, not in itsindividual capacity, but solely as Owner Trustee
Loan #: XXXXXX6123
Our File No.: 14-24-05075

Dear Adrian Braziel,

Pursuant to your correspondence, please find enclosed a copy of the following information for your review:

1.)     Copy of Mortgage
2.)     Copy of Note
3.)     Loan Payment History

Please contact our office at (630) 794-5300 to request the amount to reinstate or payoff the account.

Please be advised this letter serves as validation of the debt.

If you have any questions regarding this letter, please contact our office.

Sincerely,
Codilis & Associates, P.C.

By:/s/ Julie DeJong
ARDC #6292681

**NOTE: This law firm is a debt collector.**

# Copy of Mortgage

Return To:
NEW CENTURY MORTGAGE CORPORATION

18400 VON KARMAN, SUITE 1000
IRVINE, CA 92612



Doc#: 0414516138
Eugene "Gene" Moore  Fee: $72.50
Cook County Recorder of Deeds
Date: 05/24/2004 11:12 AM Pg: 1 of 25

Prepared By:

NEW CENTURY MORTGAGE CORPORATION

———————— [Space Above This Line For Recording Data] ————————

# MORTGAGE

Title Professionals of America, Inc.
17 W 535 Butterfield Road
Ste 201a
Oakbrook Terrace, IL 60181

TPOAO3047

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections
3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided
in Section 16.

(A) "Security Instrument" means this document, which is dated **December 9, 2003**
together with all Riders to this document.
(B) "Borrower" is
**ADRIAN BRAZIEL**, married to Veronica K. Seaberry-Braziel

Borrower is the mortgagor under this Security Instrument.
(C) "Lender" is **NEW CENTURY MORTGAGE CORPORATION**

Lender is a **CORPORATION**
organized and existing under the laws of **CALIFORNIA**

0001228353

ILLINOIS - Single Family - Fannie Mae/Freddie Mac UNIFORM INSTRUMENT

Form 3014 1/01

-6(IL) (0005)
Page 1 of 15
VMP MORTGAGE FORMS - (800)521-7291

Lender's address is **18400 VON KARMAN, SUITE 1000 IRVINE, CA 92612**

Lender is the mortgagee under this Security Instrument.

**(D) "Note"** means the promissory note signed by Borrower and dated **December 9, 2003**
The Note states that Borrower owes Lender **One Hundred Eighty Thousand and No/100 ----**
**------------------------------------------------------------------** Dollars
(U.S. $ **180,000.00** ) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than **January 1, 2034**

**(E) "Property"** means the property that is described below under the heading "Transfer of Rights in the Property."

**(F) "Loan"** means the debt evidenced by the Note, plus interest, any prepayment charges and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

**(G) "Riders"** means all Riders to this Security Instrument that are executed by Borrower. The following Riders are to be executed by Borrower [check box as applicable]:

| | | |
|---|---|---|
| [X] Adjustable Rate Rider | [ ] Condominium Rider | [ ] Second Home Rider |
| [ ] Balloon Rider | [ ] Planned Unit Development Rider | [X] 1-4 Family Rider |
| [ ] VA Rider | [ ] Biweekly Payment Rider | [X] Other(s) [specify] |
| | | Arm Rider Addendum |

**(H) "Applicable Law"** means all controlling applicable federal, state and local statutes, regulations, ordinances and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

**(I) "Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association or similar organization.

**(J) "Electronic Funds Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone, wire transfers, and automated clearinghouse transfers.

**(K) "Escrow Items"** means those items that are described in Section 3.

**(L) "Miscellaneous Proceeds"** means any compensation, settlement, award of damages, or proceeds paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(M) "Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or default on, the Loan.

**(N) "Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3 of this Security Instrument.

**(O) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. Section 2601 et seq.) and its implementing regulation, Regulation X (24 C.F.R. Part 3500), as they might be amended from time to time, or any additional or successor legislation or regulation that governs the same subject matter. As used in this Security Instrument, "RESPA" refers to all requirements and restrictions that are imposed in regard to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

(P) "Successor in Interest of Borrower" means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.

TRANSFER OF RIGHTS IN THE PROPERTY

This Security Instrument secures to Lender: (i) the repayment of the Loan, and all renewals, extensions and modifications of the Note; and (ii) the performance of Borrower's covenants and agreements under this Security Instrument and the Note. For this purpose, Borrower does hereby mortgage, grant and convey to Lender and Lender's successors and assigns, the following described property located in the **COUNTY**                                                                                 [Type of Recording Jurisdiction]
of **COOK**
[Name of Recording Jurisdiction]:
**SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.**

Parcel ID Number: **20-29-410-034**                                             which currently has the address of
**7642 SOUTH CARPENTER STREET**                                                          [Street]
**CHICAGO**                                                   [City], Illinois **60620**
("Property Address"):                                                   [City]                         [Zip Code]

    TOGETHER WITH all the improvements now or hereafter erected on the property, and all easements, appurtenances, and fixtures now or hereafter a part of the property. All replacements and additions shall also be covered by this Security Instrument. All of the foregoing is referred to in this Security Instrument as the "Property."
    BORROWER COVENANTS that Borrower is lawfully seised of the estate hereby conveyed and has the right to mortgage, grant and convey the Property and that the Property is unencumbered, except for encumbrances of record. Borrower warrants and will defend generally the title to the Property against all claims and demands, subject to any encumbrances of record.
    THIS SECURITY INSTRUMENT combines uniform covenants for national use and non-uniform covenants with limited variations by jurisdiction to constitute a uniform security instrument covering real property.
    UNIFORM COVENANTS. Borrower and Lender covenant and agree as follows:
    1. Payment of Principal, Interest, Escrow Items, Prepayment Charges, and Late Charges. Borrower shall pay when due the principal of, and interest on, the debt evidenced by the Note and any prepayment charges and late charges due under the Note. Borrower shall also pay funds for Escrow Items pursuant to Section 3. Payments due under the Note and this Security Instrument shall be made in U.S.

VMP®-6(IL) (0005)                                Page 3 of 15                    16  0001228353

                                                                                Form 3014  1/01

currency. However, if any check or other instrument received by Lender as payment under the Note or this Security Instrument is returned to Lender unpaid, Lender may require that any or all subsequent payments due under the Note and this Security Instrument be made in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality, or entity; or (d) Electronic Funds Transfer.

Payments are deemed received by Lender when received at the location designated in the Note or at such other location as may be designated by Lender in accordance with the notice provisions in Section 15. Lender may return any payment or partial payment if the payment or partial payments are insufficient to bring the Loan current. Lender may accept any payment or partial payment insufficient to bring the Loan current, without waiver of any rights hereunder or prejudice to its rights to refuse such payment or partial payments in the future, but Lender is not obligated to apply such payments at the time such payments are accepted. If each Periodic Payment is applied as of its scheduled due date, then Lender need not pay interest on unapplied funds. Lender may hold such unapplied funds until Borrower makes payment to bring the Loan current. If Borrower does not do so within a reasonable period of time, Lender shall either apply such funds or return them to Borrower. If not applied earlier, such funds will be applied to the outstanding principal balance under the Note immediately prior to foreclosure. No offset or claim which Borrower might have now or in the future against Lender shall relieve Borrower from making payments due under the Note and this Security Instrument or performing the covenants and agreements secured by this Security Instrument.

**2. Application of Payments or Proceeds.** Except as otherwise described in this Section 2, all payments accepted and applied by Lender shall be applied in the following order of priority: (a) interest due under the Note; (b) principal due under the Note; (c) amounts due under Section 3. Such payments shall be applied to each Periodic Payment in the order in which it became due. Any remaining amounts shall be applied first to late charges, second to any other amounts due under this Security Instrument, and then to reduce the principal balance of the Note.

If Lender receives a payment from Borrower for a delinquent Periodic Payment which includes a sufficient amount to pay any late charge due, the payment may be applied to the delinquent payment and the late charge. If more than one Periodic Payment is outstanding, Lender may apply any payment received from Borrower to the repayment of the Periodic Payments if, and to the extent that, each payment can be paid in full. To the extent that any excess exists after the payment is applied to the full payment of one or more Periodic Payments, such excess may be applied to any late charges due. Voluntary prepayments shall be applied first to any prepayment charges and then as described in the Note.

Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note shall not extend or postpone the due date, or change the amount, of the Periodic Payments.

**3. Funds for Escrow Items.** Borrower shall pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum (the "Funds") to provide for payment of amounts due for: (a) taxes and assessments and other items which can attain priority over this Security Instrument as a lien or encumbrance on the Property; (b) leasehold payments or ground rents on the Property, if any; (c) premiums for any and all insurance required by Lender under Section 5; and (d) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender in lieu of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 10. These items are called "Escrow Items." At origination or at any time during the term of the Loan, Lender may require that Community Association Dues, Fees, and Assessments, if any, be escrowed by Borrower, and such dues, fees and assessments shall be an Escrow Item. Borrower shall promptly furnish to Lender all notices of amounts to be paid under this Section. Borrower shall pay Lender the Funds for Escrow Items unless Lender waives Borrower's obligation to pay the Funds for any or all Escrow Items. Lender may waive Borrower's obligation to pay to Lender Funds for any or all Escrow Items at any time. Any such waiver may only be in writing. In the event of such waiver, Borrower

shall pay directly, when and where payable, the amounts due for any Escrow Items for which payment of Funds has been waived by Lender and, if Lender requires, shall furnish to Lender receipts evidencing such payment within such time period as Lender may require. Borrower's obligation to make such payments and to provide receipts shall for all purposes be deemed to be a covenant and agreement contained in this Security Instrument, as the phrase "covenant and agreement" is used in Section 9. If Borrower is obligated to pay Escrow Items directly, pursuant to a waiver, and Borrower fails to pay the amount due for an Escrow Item, Lender may exercise its rights under Section 9 and pay such amount and Borrower shall then be obligated under Section 9 to repay to Lender any such amount. Lender may revoke the waiver as to any or all Escrow Items at any time by a notice given in accordance with Section 15 and, upon such revocation, Borrower shall pay to Lender all Funds, and in such amounts, that are then required under this Section 3.

Lender may, at any time, collect and hold Funds in an amount (a) sufficient to permit Lender to apply the Funds at the time specified under RESPA, and (b) not to exceed the maximum amount a lender can require under RESPA. Lender shall estimate the amount of Funds due on the basis of current data and reasonable estimates of expenditures of future Escrow Items or otherwise in accordance with Applicable Law.

The Funds shall be held in an institution whose deposits are insured by a federal agency, instrumentality, or entity (including Lender, if Lender is an institution whose deposits are so insured) or in any Federal Home Loan Bank. Lender shall apply the Funds to pay the Escrow Items no later than the time specified under RESPA. Lender shall not charge Borrower for holding and applying the Funds, annually analyzing the escrow account, or verifying the Escrow Items, unless Lender pays Borrower interest on the Funds and Applicable Law permits Lender to make such a charge. Unless an agreement is made in writing or Applicable Law requires interest to be paid on the Funds, Lender shall not be required to pay Borrower any interest or earnings on the Funds. Borrower and Lender can agree in writing, however, that interest shall be paid on the Funds. Lender shall give to Borrower, without charge, an annual accounting of the Funds as required by RESPA.

If there is a surplus of Funds held in escrow, as defined under RESPA, Lender shall account to Borrower for the excess funds in accordance with RESPA. If there is a shortage of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the shortage in accordance with RESPA, but in no more than 12 monthly payments. If there is a deficiency of Funds held in escrow, as defined under RESPA, Lender shall notify Borrower as required by RESPA, and Borrower shall pay to Lender the amount necessary to make up the deficiency in accordance with RESPA, but in no more than 12 monthly payments.

Upon payment in full of all sums secured by this Security Instrument, Lender shall promptly refund to Borrower any Funds held by Lender.

**4. Charges; Liens.** Borrower shall pay all taxes, assessments, charges, fines, and impositions attributable to the Property which can attain priority over this Security Instrument, leasehold payments or ground rents on the Property, if any, and Community Association Dues, Fees, and Assessments, if any. To the extent that these items are Escrow Items, Borrower shall pay them in the manner provided in Section 3.

Borrower shall promptly discharge any lien which has priority over this Security Instrument unless Borrower: (a) agrees in writing to the payment of the obligation secured by the lien in a manner acceptable to Lender, but only so long as Borrower is performing such agreement; (b) contests the lien in good faith by, or defends against enforcement of the lien in, legal proceedings which in Lender's opinion operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) secures from the holder of the lien an agreement satisfactory to Lender subordinating the lien to this Security Instrument. If Lender determines that any part of the Property is subject to a lien which can attain priority over this Security Instrument, Lender may give Borrower a notice identifying the lien. Within 10

days of the date on which that notice is given, Borrower shall satisfy the lien or take one or more of the actions set forth above in this Section 4.

Lender may require Borrower to pay a one-time charge for a real estate tax verification and/or reporting service used by Lender in connection with this Loan.

**5. Property Insurance.** Borrower shall keep the improvements now existing or hereafter erected on the Property insured against loss by fire, hazards included within the term "extended coverage," and any other hazards including, but not limited to, earthquakes and floods, for which Lender requires insurance. This insurance shall be maintained in the amounts (including deductible levels) and for the periods that Lender requires. What Lender requires pursuant to the preceding sentences can change during the term of the Loan. The insurance carrier providing the insurance shall be chosen by Borrower subject to Lender's right to disapprove Borrower's choice, which right shall not be exercised unreasonably. Lender may require Borrower to pay, in connection with this Loan, either: (a) a one-time charge for flood zone determination, certification and tracking services; or (b) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur which reasonably might affect such determination or certification. Borrower shall also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency in connection with the review of any flood zone determination resulting from an objection by Borrower.

If Borrower fails to maintain any of the coverages described above, Lender may obtain insurance coverage, at Lender's option and Borrower's expense. Lender is under no obligation to purchase any particular type or amount of coverage. Therefore, such coverage shall cover Lender, but might or might not protect Borrower, Borrower's equity in the Property, or the contents of the Property, against any risk, hazard or liability and might provide greater or lesser coverage than was previously in effect. Borrower acknowledges that the cost of the insurance coverage so obtained might significantly exceed the cost of insurance that Borrower could have obtained. Any amounts disbursed by Lender under this Section 5 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

All insurance policies required by Lender and renewals of such policies shall be subject to Lender's right to disapprove such policies, shall include a standard mortgage clause, and shall name Lender as mortgagee and/or as an additional loss payee. Lender shall have the right to hold the policies and renewal certificates. If Lender requires, Borrower shall promptly give to Lender all receipts of paid premiums and renewal notices. If Borrower obtains any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy shall include a standard mortgage clause and shall name Lender as mortgagee and/or as an additional loss payee.

In the event of loss, Borrower shall give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by Borrower. Unless Lender and Borrower otherwise agree in writing, any insurance proceeds, whether or not the underlying insurance was required by Lender, shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such insurance proceeds, Lender shall not be required to pay Borrower any interest or earnings on such proceeds. Fees for public adjusters, or other third parties, retained by Borrower shall not be paid out of the insurance proceeds and shall be the sole obligation of Borrower. If the restoration or repair is not economically feasible or Lender's security would be lessened, the insurance proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the

-6(IL) (0005)                    Page 6 of 15                    0001228353

Form 3014  1/01

excess, if any, paid to Borrower. Such insurance proceeds shall be applied in the order provided for in Section 2.

If Borrower abandons the Property, Lender may file, negotiate and settle any available insurance claim and related matters. If Borrower does not respond within 30 days to a notice from Lender that the insurance carrier has offered to settle a claim, then Lender may negotiate and settle the claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 22 or otherwise, Borrower hereby assigns to Lender (a) Borrower's rights to any insurance proceeds in an amount not to exceed the amounts unpaid under the Note or this Security Instrument, and (b) any other of Borrower's rights (other than the right to any refund of unearned premiums paid by Borrower) under all insurance policies covering the Property, insofar as such rights are applicable to the coverage of the Property. Lender may use the insurance proceeds either to repair or restore the Property or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

**6. Occupancy.** Borrower shall occupy, establish, and use the Property as Borrower's principal residence within 60 days after the execution of this Security Instrument and shall continue to occupy the Property as Borrower's principal residence for at least one year after the date of occupancy, unless Lender otherwise agrees in writing, which consent shall not be unreasonably withheld, or unless extenuating circumstances exist which are beyond Borrower's control.

**7. Preservation, Maintenance and Protection of the Property; Inspections.** Borrower shall not destroy, damage or impair the Property, allow the Property to deteriorate or commit waste on the Property. Whether or not Borrower is residing in the Property, Borrower shall maintain the Property in order to prevent the Property from deteriorating or decreasing in value due to its condition. Unless it is determined pursuant to Section 5 that repair or restoration is not economically feasible, Borrower shall promptly repair the Property if damaged to avoid further deterioration or damage. If insurance or condemnation proceeds are paid in connection with damage to, or the taking of, the Property, Borrower shall be responsible for repairing or restoring the Property only if Lender has released proceeds for such purposes. Lender may disburse proceeds for the repairs and restoration in a single payment or in a series of progress payments as the work is completed. If the insurance or condemnation proceeds are not sufficient to repair or restore the Property, Borrower is not relieved of Borrower's obligation for the completion of such repair or restoration.

Lender or its agent may make reasonable entries upon and inspections of the Property. If it has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender shall give Borrower notice at the time of or prior to such an interior inspection specifying such reasonable cause.

**8. Borrower's Loan Application.** Borrower shall be in default if, during the Loan application process, Borrower or any persons or entities acting at the direction of Borrower or with Borrower's knowledge or consent gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan. Material representations include, but are not limited to, representations concerning Borrower's occupancy of the Property as Borrower's principal residence.

**9. Protection of Lender's Interest in the Property and Rights Under this Security Instrument.** If (a) Borrower fails to perform the covenants and agreements contained in this Security Instrument, (b) there is a legal proceeding that might significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a proceeding in bankruptcy, probate, for condemnation or forfeiture, for enforcement of a lien which may attain priority over this Security Instrument or to enforce laws or regulations), or (c) Borrower has abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions can include, but are not limited to: (a) paying any sums secured by a lien which has priority over this Security Instrument; (b) appearing in court; and (c) paying reasonable

VMP®-6(IL) (0005)                    Page 7 of 15                    0001228353                    Form 3014  1/01

attorneys' fees to protect its interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, entering the Property to make repairs, change locks, replace or board up doors and windows, drain water from pipes, eliminate building or other code violations or dangerous conditions, and have utilities turned on or off. Although Lender may take action under this Section 9, Lender does not have to do so and is not under any duty or obligation to do so. It is agreed that Lender incurs no liability for not taking any or all actions authorized under this Section 9.

Any amounts disbursed by Lender under this Section 9 shall become additional debt of Borrower secured by this Security Instrument. These amounts shall bear interest at the Note rate from the date of disbursement and shall be payable, with such interest, upon notice from Lender to Borrower requesting payment.

If this Security Instrument is on a leasehold, Borrower shall comply with all the provisions of the lease. If Borrower acquires fee title to the Property, the leasehold and the fee title shall not merge unless Lender agrees to the merger in writing.

**10. Mortgage Insurance.** If Lender required Mortgage Insurance as a condition of making the Loan, Borrower shall pay the premiums required to maintain the Mortgage Insurance in effect. If, for any reason, the Mortgage Insurance coverage required by Lender ceases to be available from the mortgage insurer that previously provided such insurance and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to Borrower of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender. If substantially equivalent Mortgage Insurance coverage is not available, Borrower shall continue to pay to Lender the amount of the separately designated payments that were due when the insurance coverage ceased to be in effect. Lender will accept, use and retain these payments as a non-refundable loss reserve in lieu of Mortgage Insurance. Such loss reserve shall be non-refundable, notwithstanding the fact that the Loan is ultimately paid in full, and Lender shall not be required to pay Borrower any interest or earnings on such loss reserve. Lender can no longer require loss reserve payments if Mortgage Insurance coverage (in the amount and for the period that Lender requires) provided by an insurer selected by Lender again becomes available, is obtained, and Lender requires separately designated payments toward the premiums for Mortgage Insurance. If Lender required Mortgage Insurance as a condition of making the Loan and Borrower was required to make separately designated payments toward the premiums for Mortgage Insurance, Borrower shall pay the premiums required to maintain Mortgage Insurance in effect, or to provide a non-refundable loss reserve, until Lender's requirement for Mortgage Insurance ends in accordance with any written agreement between Borrower and Lender providing for such termination or until termination is required by Applicable Law. Nothing in this Section 10 affects Borrower's obligation to pay interest at the rate provided in the Note.

Mortgage Insurance reimburses Lender (or any entity that purchases the Note) for certain losses it may incur if Borrower does not repay the Loan as agreed. Borrower is not a party to the Mortgage Insurance.

Mortgage insurers evaluate their total risk on all such insurance in force from time to time, and may enter into agreements with other parties that share or modify their risk, or reduce losses. These agreements are on terms and conditions that are satisfactory to the mortgage insurer and the other party (or parties) to these agreements. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, any purchaser of the Note, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that derive from (or might be characterized as) a portion of Borrower's payments for Mortgage Insurance, in exchange for sharing or modifying the mortgage insurer's risk, or reducing losses. If such agreement provides that an affiliate of Lender takes a share of the insurer's risk in exchange for a share of the premiums paid to the insurer, the arrangement is often termed "captive reinsurance." Further:

(a) Any such agreements will not affect the amounts that Borrower has agreed to pay for Mortgage Insurance, or any other terms of the Loan. Such agreements will not increase the amount Borrower will owe for Mortgage Insurance, and they will not entitle Borrower to any refund.

(b) Any such agreements will not affect the rights Borrower has - if any - with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 or any other law. These rights may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage

Insurance, to have the Mortgage Insurance terminated automatically, and/or to receive a refund of any Mortgage Insurance premiums that were unearned at the time of such cancellation or termination.

**11. Assignment of Miscellaneous Proceeds; Forfeiture.** All Miscellaneous Proceeds are hereby assigned to and shall be paid to Lender.

If the Property is damaged, such Miscellaneous Proceeds shall be applied to restoration or repair of the Property, if the restoration or repair is economically feasible and Lender's security is not lessened. During such repair and restoration period, Lender shall have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction, provided that such inspection shall be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed. Unless an agreement is made in writing or Applicable Law requires interest to be paid on such Miscellaneous Proceeds, Lender shall not be required to pay Borrower any interest or earnings on such Miscellaneous Proceeds. If the restoration or repair is not economically feasible or Lender's security would be lessened, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower. Such Miscellaneous Proceeds shall be applied in the order provided for in Section 2.

In the event of a total taking, destruction, or loss in value of the Property, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument, whether or not then due, with the excess, if any, paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is equal to or greater than the amount of the sums secured by this Security Instrument immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the sums secured by this Security Instrument shall be reduced by the amount of the Miscellaneous Proceeds multiplied by the following fraction: (a) the total amount of the sums secured immediately before the partial taking, destruction, or loss in value divided by (b) the fair market value of the Property immediately before the partial taking, destruction, or loss in value. Any balance shall be paid to Borrower.

In the event of a partial taking, destruction, or loss in value of the Property in which the fair market value of the Property immediately before the partial taking, destruction, or loss in value is less than the amount of the sums secured immediately before the partial taking, destruction, or loss in value, unless Borrower and Lender otherwise agree in writing, the Miscellaneous Proceeds shall be applied to the sums secured by this Security Instrument whether or not the sums are then due.

If the Property is abandoned by Borrower, or if, after notice by Lender to Borrower that the Opposing Party (as defined in the next sentence) offers to make an award to settle a claim for damages, Borrower fails to respond to Lender within 30 days after the date the notice is given, Lender is authorized to collect and apply the Miscellaneous Proceeds either to restoration or repair of the Property or to the sums secured by this Security Instrument, whether or not then due. "Opposing Party" means the third party that owes Borrower Miscellaneous Proceeds or the party against whom Borrower has a right of action in regard to Miscellaneous Proceeds.

Borrower shall be in default if any action or proceeding, whether civil or criminal, is begun that, in Lender's judgment, could result in forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. Borrower can cure such a default and, if acceleration has occurred, reinstate as provided in Section 19, by causing the action or proceeding to be dismissed with a ruling that, in Lender's judgment, precludes forfeiture of the Property or other material impairment of Lender's interest in the Property or rights under this Security Instrument. The proceeds of any award or claim for damages that are attributable to the impairment of Lender's interest in the Property are hereby assigned and shall be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property shall be applied in the order provided for in Section 2.

**12. Borrower Not Released; Forbearance By Lender Not a Waiver.** Extension of the time for payment or modification of amortization of the sums secured by this Security Instrument granted by Lender to Borrower or any Successor in Interest of Borrower shall not operate to release the liability of Borrower or any Successors in Interest of Borrower. Lender shall not be required to commence proceedings against any Successor in Interest of Borrower or to refuse to extend time for payment or otherwise modify amortization of the sums secured by this Security Instrument by reason of any demand made by the original Borrower or

0001228353

-6(IL) (0005)    Page 9 of 15    Form 3014   1/01

any Successors in Interest of Borrower. Any forbearance by Lender in exercising any right or remedy including, without limitation, Lender's acceptance of payments form third persons, entities or Successors in Interest of Borrower or in amounts less than the amount then due, shall not be a waiver of or preclude the exercise of any right or remedy.

**13. Joint and Several Liability; Co-signers; Successors and Assigns Bound.** Borrower covenants and agrees that Borrower's obligations and liability shall be joint and several. However, any Borrower who co-signs this Security Instrument but does not execute the Note (a "co-signer"): (a) is co-signing this Security Instrument only to mortgage, grant and convey the co-signer's interest in the Property under the terms of this Security Instrument; (b) is not personally obligated to pay the sums secured by this Security Instrument; and (c) agrees that Lender and any other Borrower can agree to extend, modify, forbear or make any accommodations with regard to the terms of this Security Instrument or the Note without the co-signer's consent.

Subject to the provisions of Section 18, any Successor in Interest of Borrower who assumes Borrower's obligations under this Security Instrument in writing, and is approved by Lender, shall obtain all of Borrower's rights and benefits under this Security Instrument. Borrower shall not be released from Borrower's obligations and liability under this Security Instrument unless Lender agrees to such release in writing. The covenants and agreements of this Security Instrument shall bind (except as provided in Section 20) and benefit the successors and assigns of Lender.

**14. Loan Charges.** Lender may charge Borrower fees for services performed in connection with Borrower's default, for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument, including, but not limited to, attorneys' fees, property inspection and valuation fees. In regard to any other fees, the absence of express authority in this Security Instrument to charge a specific fee to Borrower shall not be construed as a prohibition on the charging of such fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

If the Loan is subject to a law which sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from Borrower which exceeded permitted limits will be refunded to Borrower. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to Borrower. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). Borrower's acceptance of any such refund made by direct payment to Borrower will constitute a waiver of any right of action Borrower might have arising out of such overcharge.

**15. Notices.** All notices given by Borrower or Lender in connection with this Security Instrument must be in writing. Any notice to Borrower in connection with this Security Instrument shall be deemed to have been given to Borrower when mailed by first class mail or when actually delivered to Borrower's notice address if sent by other means. Notice to any one Borrower shall constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. The notice address shall be the Property Address unless Borrower has designated a substitute notice address by notice to Lender. Borrower shall promptly notify Lender of Borrower's change of address. If Lender specifies a procedure for reporting Borrower's change of address, then Borrower shall only report a change of address through that specified procedure. There may be only one designated notice address under this Security Instrument at any one time. Any notice to Lender shall be given by delivering it or by mailing it by first class mail to Lender's address stated herein unless Lender has designated another address by notice to Borrower. Any notice in connection with this Security Instrument shall not be deemed to have been given to Lender until actually received by Lender. If any notice required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**16. Governing Law; Severability; Rules of Construction.** This Security Instrument shall be governed by federal law and the law of the jurisdiction in which the Property is located. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence shall not be construed as a prohibition against agreement by contract. In the event that any provision or clause of this Security Instrument or the Note conflicts with Applicable Law, such conflict shall

not affect other provisions of this Security Instrument or the Note which can be given effect without the conflicting provision.

As used in this Security Instrument: (a) words of the masculine gender shall mean and include corresponding neuter words or words of the feminine gender; (b) words in the singular shall mean and include the plural and vice versa; and (c) the word "may" gives sole discretion without any obligation to take any action.

**17. Borrower's Copy.** Borrower shall be given one copy of the Note and of this Security Instrument.

**18. Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if such exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

**19. Borrower's Right to Reinstate After Acceleration.** If Borrower meets certain conditions, Borrower shall have the right to have enforcement of this Security Instrument discontinued at any time prior to the earliest of: (a) five days before sale of the Property pursuant to Section 22 of this Security Instrument; (b) such other period as Applicable Law might specify for the termination of Borrower's right to reinstate; or (c) entry of a judgment enforcing this Security Instrument. Those conditions are that Borrower: (a) pays Lender all sums which then would be due under this Security Instrument and the Note as if no acceleration had occurred; (b) cures any default of any other covenants or agreements; (c) pays all expenses incurred in enforcing this Security Instrument, including, but not limited to, reasonable attorneys' fees, property inspection and valuation fees, and other fees incurred for the purpose of protecting Lender's interest in the Property and rights under this Security Instrument; and (d) takes such action as Lender may reasonably require to assure that Lender's interest in the Property and rights under this Security Instrument, and Borrower's obligation to pay the sums secured by this Security Instrument, shall continue unchanged unless as otherwise provided under Applicable Law. Lender may require that Borrower pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency, instrumentality or entity; or (d) Electronic Funds Transfer. Upon reinstatement by Borrower, this Security Instrument and obligations secured hereby shall remain fully effective as if no acceleration had occurred. However, this right to reinstate shall not apply in the case of acceleration under Section 18.

**20. Sale of Note; Change of Loan Servicer; Notice of Grievance.** The Note or a partial interest in the Note (together with this Security Instrument) can be sold one or more times without prior notice to Borrower. A sale might result in a change in the entity (known as the "Loan Servicer") that collects Periodic Payments due under the Note and this Security Instrument and performs other mortgage loan servicing obligations under the Note, this Security Instrument, and Applicable Law. There also might be one or more changes of the Loan Servicer unrelated to a sale of the Note. If there is a change of the Loan Servicer, Borrower will be given written notice of the change which will state the name and address of the new Loan Servicer, the address to which payments should be made and any other information RESPA requires in connection with a

0001228353

-6(IL) (0005)     Page 11 of 15     Form 3014  1/01

notice of transfer of servicing. If the Note is sold and thereafter the Loan is serviced by a Loan Servicer other than the purchaser of the Note, the mortgage loan servicing obligations to Borrower will remain with the Loan Servicer or be transferred to a successor Loan Servicer and are not assumed by the Note purchaser unless otherwise provided by the Note purchaser.

Neither Borrower nor Lender may commence, join, or be joined to any judicial action (as either an individual litigant or the member of a class) that arises from the other party's actions pursuant to this Security Instrument or that alleges that the other party has breached any provision of, or any duty owed by reason of, this Security Instrument, until such Borrower or Lender has notified the other party (with such notice given in compliance with the requirements of Section 15) of such alleged breach and afforded the other party hereto a reasonable period after the giving of such notice to take corrective action. If Applicable Law provides a time period which must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this paragraph. The notice of acceleration and opportunity to cure given to Borrower pursuant to Section 22 and the notice of acceleration given to Borrower pursuant to Section 18 shall be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 20.

21. **Hazardous Substances.** As used in this Section 21: (a) "Hazardous Substances" are those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law and the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, and radioactive materials; (b) "Environmental Law" means federal laws and laws of the jurisdiction where the Property is located that relate to health, safety or environmental protection; (c) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (d) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

Borrower shall not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. Borrower shall not do, nor allow anyone else to do, anything affecting the Property (a) that is in violation of any Environmental Law, (b) which creates an Environmental Condition, or (c) which, due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects the value of the Property. The preceding two sentences shall not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

Borrower shall promptly give Lender written notice of (a) any investigation, claim, demand, lawsuit or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which Borrower has actual knowledge, (b) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release or threat of release of any Hazardous Substance, and (c) any condition caused by the presence, use or release of a Hazardous Substance which adversely affects the value of the Property. If Borrower learns, or is notified by any governmental or regulatory authority, or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, Borrower shall promptly take all necessary remedial actions in accordance with Environmental Law. Nothing herein shall create any obligation on Lender for an Environmental Cleanup.

NON-UNIFORM COVENANTS. Borrower and Lender further covenant and agree as follows:

**22. Acceleration; Remedies.** Lender shall give notice to Borrower prior to acceleration following Borrower's breach of any covenant or agreement in this Security Instrument (but not prior to acceleration under Section 18 unless Applicable Law provides otherwise). The notice shall specify: (a) the default; (b) the action required to cure the default; (c) a date, not less than 30 days from the date the notice is given to Borrower, by which the default must be cured; and (d) that failure to cure the default on or before the date specified in the notice may result in acceleration of the sums secured by this Security Instrument, foreclosure by judicial proceeding and sale of the Property. The notice shall further inform Borrower of the right to reinstate after acceleration and the right to assert in the foreclosure proceeding the non-existence of a default or any other defense of Borrower to acceleration and foreclosure. If the default is not cured on or before the date specified in the notice, Lender at its option may require immediate payment in full of all sums secured by this Security Instrument without further demand and may foreclose this Security Instrument by judicial proceeding. Lender shall be entitled to collect all expenses incurred in pursuing the remedies provided in this Section 22, including, but not limited to, reasonable attorneys' fees and costs of title evidence.

**23. Release.** Upon payment of all sums secured by this Security Instrument, Lender shall release this Security Instrument. Borrower shall pay any recordation costs. Lender may charge Borrower a fee for releasing this Security Instrument, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted under Applicable Law.

**24. Waiver of Homestead.** In accordance with Illinois law, the Borrower hereby releases and waives all rights under and by virtue of the Illinois homestead exemption laws.

Case Number: _____

![WHAT'S NEXT]

# WHAT'S NEXT

## NEXT STEP FOR PERSON FILLING OUT THIS FORM:

If you do not already have a court date for your *Motion,* you will need to get one and file a *Notice of Court Date for Motion.* When you file your *Motion*, ask the Circuit Clerk if you have to schedule a court date or if one will be scheduled automatically. In some counties, you may get the court date when you e-file. Include the court date on your *Notice.*

After you fill out your forms, file them with the Circuit Clerk's office in the county where your case is taking place. Then, send your forms to the other people in the case. Find your Circuit Clerk: ilcourts.info/CircuitClerks.



Learn more about each step in the process and how to file in our Instructions:
ilcourts.info/motion-instructions.

## NEXT STEP FOR PERSON RECEIVING THIS DOCUMENT:

For more information about going to court including how to fill out and file forms, call or text **Illinois Court Help** at 833-411-1121 or go to ilcourthelp.gov.

If there are any words or terms that you do not understand, please **visit Illinois Legal Aid Online** at ilao.info/glossary. You may also find more information, resources, and the location of your local legal self-help center at: ilao.info/lshc-directory.

Case Number: _____

b.  ☑ I am not sending these documents to additional people.
   - OR -

☐ I am sending these documents to an additional person not listed in **4a**:
Name: _____

| First | Middle | Last Name |

Address: _____

| Street, Apt. # | City | State | Zip Code |

Email Address: _____

By: ☑ Electronically to the email address in **4b**:

   ☑ By email *(not through an EFSP)*.
   ☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the document by:
   ☐ Mail or third-party carrier to the address in **4b**, with postage or delivery charge prepaid.

   Location of mailbox or third-party carrier: _____

   *City*                                      *State*

☐ Personal hand delivery at this address:
   *NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

   Address _____
   *Street, Apt. #, City, State, and Zip Code*

☐ Mail to the address in **4b**, from a prison or jail: _____
   *Name of Prison or Jail*

**This document will be sent on:** Date: _____ Time: _____
   *Month, Day, Year*                          *Include AM or PM*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

☐ I am sending the document to more than 2 people and have completed an *Additional Proof of Delivery* form.

---

## SIGN

Under 735 ILCS 5/1-109, your signature means that you:
1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _Blazeo_   Print Your Name _Adrian Brazie_

Your Address _7642 S. Capenter   Chicago      IL    60620_
   *Street, Apt. #*                  *City*          *State*  *Zip Code*

Your Phone Number _773.419.7762_   Attorney Number (if any) _____

Your Email (if you have one) _Chatydsdi@ yaloo_

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

Case Number: _____

## SIGN

Under 735 ILCS 5/1-109, your signature means that you:

1) certify that everything in this document is true and correct, and 2) understand that making a false statement on this form is perjury and has penalties provided by law.

If you are filling out this form online, sign your name by typing it. If you are filling out this form by hand, sign and print your name.

Your Signature /s/ _C. Brazeel_____  Print Your Name _Adrian Brazie_

Your Address __7642 S. Carpenter  Chicago_____ iL___ 60620
      *Street, Apt. #*                *City*                                  *State*  *Zip Code*

Your Phone Number _____ Attorney Number (if any) _____

Your Email (you have one) _____

Be sure to **check your email every day** so you do not miss important information, court dates, or documents from other parties.

## 4. PROOF OF DELIVERY

*Fill out the information below to show how you are sending this document to the other people in the case. If a person in the case has a lawyer, **you must send this document to their lawyer.***

### a. I am sending this document to:

Name: _____
      *First*              *Middle*             *Last Name*

Address: _____
      *Street, Apt. #*           *City*          *State*    *Zip Code*

Email Address: _____

By: ☑ Electronically to the email address in 4a:
    ☐ By email *(not through an EFSP)*.
    ☐ Using an approved electronic filing service provider (EFSP).

☐ I or the person I am sending the document to do not have an email address. I am sending the document by:
    ☐ Mail or third-party carrier to the address in **4a**, with postage or delivery charge prepaid.

Location of mailbox or third-party carrier: _____ _____
                                              *City*                          *State*

☐ Personal hand delivery at this address:
*NOTE: You can only deliver to the party, party's family member over 13 at party's residence, party's lawyer, or party's lawyer's office*

Address _____
      *Street, Apt. #, City, State, and Zip Code*
☐ Mail to the address in **4a**, from a prison or jail: _____
                                        *Name of Prison or Jail*

**This document will be sent on:** Date: _____ Time: _____
                                         *Month, Day, Year*                    *Include AM or PM*

# MOTION
### IN THE STATE OF ILLINOIS, CIRCUIT COURT

**COUNTY:** Cook
*County Where You Are Filing the Case*

*Enter the case information as it appears on your other court documents.*

**PLAINTIFF/PETITIONER OR IN RE:** Citigroup
*Who started the case.*    *First, Middle, and Last Name, or Business Name*

**DEFENDANTS/RESPONDENTS:** ADRIAN BANBRIDGE BRAZIL
*Who the case was filed against.*

*First, Middle, and Last Name, or Business Name*

**Case Number** 2024CH07810

## 1. MOTION TITLE

*Explain in a few words what you are asking the judge to do. This should match the title you write in 1 on the Notice of Court Date for Motion.*

Motion to: Motion to Compel

## 2. PERSON FILING THE MOTION

*Check one box. The Plaintiff/Petitioner is the person who started the case. The Defendants/Respondents are the people and business who the case was filed against.*

I am filing the *Motion*. I am the:

☐ Plaintiff/Petitioner    ☐ Defendant/Respondent

## 3. MOTION

*Explain what you are asking the judge to do and the reasons why the judge should agree with you.*

I am asking the judge to:

Motion to Compel pertaining to complaint and Counter Claim

☐ I need more room to explain, and I have filled out and attached an *Additional Page for Motion* form.

## PRINCIPLE AFFIRM THAT I REQUEST THE TESTIMONY FROM THE ATTORNEY GENERAL THIS IS ALSO STATED IN THE YOUNGER DOCTRINE FOR CONSTITUTIONAL CHALLENGES
# THIS IS ALSO A WRIT OF QUO WARRANTO

Ship arrest falls under **admiralty law**, which is a specialized area of law dealing with maritime issues and offenses. **United Nations Convention on the Law of the Sea (UNCLOS)** if someone has a valid claim against a vessel, they can have the vessel arrested to ensure that the claim is paid. The vessel is essentially held as collateral until the matter is resolved.

**NOTICE SUI JURIS PERJURY APPLIES UNDER 18 USC 1746  UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1). SELF NOTARIZATION BY STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES AUTOGRAPHED BYE:**

braziel-banbridge-adrian



**FOREIGN AGENTS I THE AGENT FOR THE PRINCIPLE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL DIGRESS FROM THIS COURT ROOM BECAUSE THIS COURT IS TO ADHERE TO THE CONSTITUTION FOR AMERICA AND THE STATE FOR ILLINOIS BILL OF RIGHTS AND CONSTITUTION FOR ILLINOIS STATED BY TITLE 18 USC 2481**

THIS COURT AND THE ENTITIES/VESSELS/CORPORATIONS INVOLVED ALSO THE CHARTERS OF SAID CORPORATIONS IN THIS CASE ARE UNDER **SHIP ARREST AND DETAINED WHICH IS COVERED UNDER THE UNITED NATIONS CONVENTION ON THE LAWS OF THE SEA SO** I INVOKE MY RIGHT AND AUTHORITY AS PRIVATE ATTORNEY GENERAL BANK OWNER / BOUNTY HUNTER BY THE STATE FOR ILLINOIS THE REPUBLIC UNDER 42 USC 1986 AND THIS STATES BILL OF RIGHTS. THIS VESSEL OF PIRACY WHICH IS A FOREIGN COURT AND COURTROOM HAS BEEN CAPTURED BY THE REPUBLIC FOR ILLINOIS. SO I NOW DISMISS THIS CASE WITH PREJUDICE FOR LACK OF PERFORMANCE OF RETURN OF SECURITIES UNDER UCC 2-609 THE RIGHT TO ADEQUATE PERFORMANCE AND OTHER FRAUDS AND GRANT THE DEFENDANTS COUNTER CLAIM AS THE HIGHEST AUTHORITY AND AS THE HIGHEST CLAIMANT OF THIS VESSEL ON AMERICAN LAND AND IN THIS COURT ROOM. YOU ARE UNDER **SHIP ARREST OF MARITIME LAW IF MY INVOKED RIGHT TO SHIP ARREST IS NOT HONORED I CALL UPON AND INVOKE UNDER FEDERAL RULE OF CIVIL PROCEDURE 5.1 WHICH STATES THE ATTORNEY GENERAL OF STATED JURISDICTION MUST BE NOTIFIED AND BE PRESENT AT THE NEXT COURT DATE UPON REQUEST WHEN A CONSTITUTIONAL CHALLENGE ARISES I THE AGENT FOR THE**

## I INVOKE FEDERAL RULE OF CIVIL PROCEDURE 5.1 THE CONSTITUTIONAL CHALLENGE WHICH INCORPORATES THE POLITICAL QUESTION DOCTRINE

**JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE UNDER JUDICIAL RULE 2.6 FEDERAL RULE OF CIVIL PROCEDURE AND THE STATE FOR ILLINOIS BILL OF RIGHTS DO I THE AGENT FOR THE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL HAVE A RIGHT TO BE HEARD BY THE LIVING ENTITY REPRESENTED BY CLERK AND THE DEAD ENTITIES REPRESENTED BY THE JUDGE / PUBLIC TRUSTEE NOT PRIVATE TRUSTEE THROUGH SPECIAL VISITATION AS ONE OF THE PEOPLE LOPER v RAIMONDO. IF YES THEN I WOULD LIKE TO APPEAR AND BE HEARD THROUGH MY FILINGS AND PAPERWORK TO AVOID JOINDER, PERSONAGE , PEONAGE AND BARRATRY BY YOU JUDGE / PUBLIC TRUSTEE NOT PRIVATE TRUSTEE OR THE CLERK WHO HOLDS THE MOST JUDICIAL POWER OF THE COURT OTHER THAN THE LIVING MAN. IF AND WHEN I THE AGENT APPEAR IN THE COURT ROOM I SHALL NOT BE APPEARING OF MY OWN FREE WILL BUT UNDER DURESS,COERCION AND CONTEMPT WHICH IS A FELONY ACCORDING TO 42 USC 3617 AND 42 USC 12203 WHICH IS CONTEMPT A CONTEMPT OF TRUST BY YOUR FALSE CLAIM OF JURISDICTION AND ALSO THE PLAINTIFFS ATTORNEY WHO CANNOT REPRESENT THE CORPORATION STATED BY PEOPLE v CALIFORNIA PROTECTIVE CORP WHICH IS A UPL RULE. CAN YOU PUBLIC TRUSTEE NOT PRIVATE TRUSTEE OR THE CLERK OF THE COURT PLEASE READ MY FILINGS ALOUD FOR THE COURT. IF THIS IS NOT A COURT OF COMMON LAW TO AND FOR THE AMERICAN PEOPLE OF THE LAND BUT A COURT OF**

3 of 5

**CAN YOU ORDER THE PLAINTIFFS ATTORNEY TO PRESENT THEIR BAR LICENSE AND NUMBER STATING BY LAWFUL AND LEGAL LAW PERMISION MUST BE GRANTED FROM THE STATE TO PRACTICE LAW INTO EVIDENCE FOR THE COURT IF THEY CAN NOT THEY SHOULD RECUSE THEMSELVES FOR MISREPRESENTATION AND DISMISS THIS COMPLAINT AND HONOR THE COUNTER CLAIM (SCHARE v BOARD OF EXAMINERS 363 US 238 and 239)**

# I DO NOT CONSENT TO ANY FOREIGN JURISDICTION OR FRAUD

I INVOKE MY RIGHT AND AUTHORITY AS PRIVATE ATTORNEY GENERAL BANK OWNER / BOUNTY HUNTER BY THE STATE FOR ILLINOIS THE REPUBLIC UNDER 42 USC 1986 AND THIS STATES BILL OF RIGHTS. THIS VESSEL OF PIRACY WHICH IS A FOREIGN COURT AND COURTROOM HAS BEEN CAPTURED BY THE REPUBLIC FOR ILLINOIS. SO I NOW DISMISS THIS CASE WITH PREJUDICE AND GRANT THE DEFENDANTS COUNTER CLAIM AS THE HIGHEST AUTHORITY AND AS THE HIGHEST CLAIMANT OF THIS VESSEL ON AMERICAN LAND AND IN THIS COURT ROOM. YOU ARE UNDER **SHIP ARREST**

**AND**

**SHIP ARREST** NOTICE/AFFIDAVIT TO THE COURT AND OFFICERS OF THE COURT AND JUDICIAL NOTICE OF THE CONSTITUTION FOR AMERICA AND THE STATE FOR ILLINOIS CONSTITUTION AND DECLARATION OF RIGHTS.  **THIS IS ALSO A WRIT OF QUO WARRANTO**

CERTIFICATE OF SERVICE

Case Number : ___2024CH07810___

JUDICIAL INQUIRY BEGINS WITH THE TEXT OF THE CONSTITUTIONS

MY PAPERWORK PRECEDES YOUR PAPERWORK WHICH MEANS MY COURT PRECEDES YOUR COURT BYE GODS LAW: FOUR CORNERS RULE

NOTICE to Agent is NOTICE to Principle  NOTICE to Principle is NOTICE to Agent. **ARE YOU AT WAR WITH THE AMERICAN CONSTITUTION AND THE CONSTITUTION OF THIS STATE FOR ILLINOIS**

Ship arrest falls under **admiralty law**, which is a specialized area of law dealing with maritime issues and offenses. **United Nations Convention on the Law of the Sea (UNCLOS) if someone has a valid claim against a vessel, they can have the vessel arrested to ensure that the claim is paid. The vessel is essentially held as collateral until the matter is resolved.

**NOTICE SUI JURIS PERJURY APPLIES UNDER 18 USC 1746 UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1). SELF NOTARIZATION BY STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES AUTOGRAPHED BYE:**

braziel; banbridge - adrian /Agent

3 of 3

**DURESS,COERCION AND CONTEMPT WHICH IS A FELONY ACCORDING TO 42 USC 3617 AND 42 USC 12203 WHICH IS CONTEMPT A CONTEMPT OF TRUST BY YOUR FALSE CLAIM OF JURISDICTION AND ALSO THE PLAINTIFFS ATTORNEY WHO CANNOT REPRESENT THE CORPORATION STATED BY PEOPLE v CALIFORNIA PROTECTIVE CORP WHICH IS A UPL RULE. CAN YOU OR THE CLERK OF THE COURT PLEASE READ MY FILINGS ALOUD FOR THE COURT. IF THIS IS NOT A COURT OF COMMON LAW TO AND FOR AMERICANS OF THE LAND BUT A COURT OF FOREIGN AGENTS I THE AGENT FOR THE PRINCIPLE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL DIGRESS FOR THIS COURT IS TO ADHERE TO THE CONSTITUTION FOR AMERICA AND THE STATE FOR ILLINOIS BILL OF RIGHTS AND CONSTITUTION OF ILLINOIS STATED BY TITLE 18 USC 2481**

THIS COURT AND THE ENTITIES/VESSELS/CORPORATIONS INVOLVED ALSO THE CHARTERS OF SAID CORPORATIONS IN THIS CASE ARE UNDER **SHIP ARREST AND DETAINED WHICH IS COVERED UNDER THE UNITED NATIONS CONVENTION ON THE LAWS OF THE SEA** I INVOKE MY RIGHT AND AUTHORITY AS PRIVATE ATTORNEY GENERAL BANK OWNER / BOUNTY HUNTER BY THE STATE FOR ILLINOIS THE REPUBLIC UNDER 42 USC 1986 AND THIS STATES BILL OF RIGHTS. THIS VESSEL OF PIRACY WHICH IS A FOREIGN COURT AND COURTROOM HAS BEEN CAPTURED BY THE REPUBLIC FOR ILLINOIS. SO I NOW DISMISS THIS CASE WITH PREJUDICE AND GRANT THE DEFENDANTS COUNTER CLAIM AS THE HIGHEST AUTHORITY AND AS THE HIGHEST CLAIMANT OF THIS VESSEL ON AMERICAN LAND AND IN THIS COURT ROOM. YOU ARE UNDER **SHIP ARREST OF MARITIME LAW**

**SHIP ARREST** NOTICE/AFFIDAVIT TO THE COURT AND OFFICERS OF THE COURT AND JUDICIAL NOTICE OF THE CONSTITUTION FOR AMERICA AND THE STATE FOR ILLINOIS CONSTITUTION AND DECLARATION OF RIGHTS

CERTIFICATE OF SERVICE

Case Number : ___2024 CH 07810___

NOTICE to Agent is NOTICE to Principle  NOTICE to Principle is NOTICE to Agent. **ARE YOU AT WAR WITH THE AMERICAN CONSTITUTION AND THE CONSTITUTION OF THIS STATE FOR ILLINOIS**

**JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE UNDER JUDICIAL RULE 2.6 FEDERAL CIVIL PROCEDURE AND THE STATE FOR ILLINOIS BILL OF RIGHTS DO I THE AGENT FOR THE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL HAVE A RIGHT TO BE HEARD THROUGH SPECIAL VISITATION AS ONE OF THE PEOPLE LOPER v RAIMONDO. IF YES THEN I WOULD LIKE TO APPEAR AND BE HEARD THROUGH MY FILINGS AND PAPERWORK TO AVOID JOINDER, PERSONAGE , PEONAGE AND BARRATRY BY YOU JUDGE / PUBLIC TRUSTEE NOT PRIVATE TRUSTEE OR THE CLERK WHO HOLDS THE MOST JUDICIAL POWER OF THE COURT OTHER THAN THE LIVING MAN. IF AND WHEN I THE AGENT APPEAR IN THE COURT ROOM I SHALL NOT BE APPEARING OF MY OWN FREE WILL BUT UNDER**

individuals who assist a prosecution can receive for themselves all or part of the damages or financial penalties recovered by the government as a result of the prosecution. IN FEDERAL COURT AGAINST ALL OFFICERS OF THE COURT WHO HAVE VIOLATED THE RIGHTS OF THE AGENT FOR THE PRINCIPLE

YOU HAVE BEEN PUT ON NOTICE BY SUI JURIS. PLEASE DO NOT VACATE YOUR OATH TO AMERICA BECAUSE THE EXPARTE YOUNG DOCTRINE AND 28 USC 454 NULLIFIES ALL IMMUNITY AND YOU WILL BE DISQUALIFIED. WHAT IS THE FINE FOR ANY MISREPRESENTATION BECAUSE THERE IS A FINE OF ONE MILLION DOLLARS PER EACH MISREPRESENTATION IN THE COURT OFFICERS PERSONAL CAPACITY FOR VIOLATION OF OATH AND DUTY. I THE AGENT VOW NOT TO BRING ABOUT HARM UNLESS HARM IS BROUGHT. NO DISRESPECT TO THE COURT OR COURT OFFICERS.

**PERJURY APPLIES UNDER 18 USC 1746  UCC 1-308/UCC 1-306.1/UCC 3-402 (b)(1). SELF NOTARIZATION BY STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES AUTOGRAPHED BYE:**

Braziel. Banbridge - adrian /Agent
braziel, banbridge-adrian /Agent

COUNTERCLAIM. FALSUS IN UNO, FALSUS IN OMNIBUS A LATIN MAXIM MEANING "FALSE IN ONE THING, FALSE IN EVERYTHING".

ARE YOU JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE AND THE PLAINTIFFS ATTORNEY BAR MEMBERS AND ALL THE OFFICERS OF THE COURT ARE THEY REGISTERED AS FOREIGN AGENTS UNDER THE FARA ACT OF 1938 AND FEDERAL RULES OF CIVIL PROCEDURE 60 SUBPART B SUBPART 4 AND 18 USC 219 WHICH MAKES THIS CASE VOID AB NITIO IF YOU AND THE OFFICERS OF THE COURT ARE NOT REGISTERED AS FOREIGN AGENTS. UNDER 28 USC 454 WHAT IS YOUR AUTHORITY OVER THE AMERICAN FOREIGN STATE NATIONAL AGENT/ LIVING MAN WHICH I AM. I AM THE REPRESENTATIVE OF THE PRINCIPLE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL. IF YOU ARE NOT REGISTERED COULD YOU PLEASE RECUSE YOURSELF

I INVOKE MY RIGHT AND AUTHORITY AS PRIVATE ATTORNEY GENERAL BANK OWNER / BOUNTY HUNTER BY THE STATE FOR ILLINOIS THE REPUBLIC UNDER 42 USC 1986 AND THIS STATES BILL OF RIGHTS. THIS VESSEL OF PIRACY WHICH IS A FOREIGN COURT AND COURTROOM HAS BEEN CAPTURED BY THE REPUBLIC FOR ILLINOIS. SO I NOW DISMISS THIS CASE WITH PREJUDICE AND GRANT THE DEFENDANTS COUNTER CLAIM AS THE HIGHEST AUTHORITY AND AS THE HIGHEST CLAIMANT OF THIS VESSEL ON AMERICAN LAND AND IN THIS COURT ROOM

DO I AS AGENT FOR THE PRINCIPLE HAVE THE RIGHT TO FILE A WRIT OF QUI TAM In common law, a writ of qui tam is a writ through which private

9 of 10

7th AMENDMENT  IF WE CAN NOT COME TO AN AGREEMENT OR THE COUNTERCLAIM IS NOT GRANTED

DO YOU KNOW JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE THAT I KNOW THAT BECAUSE YOU JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE DID NOT ADHERE TO THE RIGHT OF THE AGENT INVOKING HIS RIGHT TO A FEDERAL COURT OF EQUITY 28 USC 1441 AND 28 USC 1446 SUBPART (B) ALSO THROUGH THE ILLINOIS BILL OF RIGHTS THAT BECAUSE THE AGENT DID NOT GIVE LEGAL JARGON EXPLAINING WHY HE SHOULD HAVE THIS CASE TRANSFERED/MOVED YOU HAVE VIOLATED DUE PROCESS OF LAW THE MAXIMS OF EQUITY AND THE JURISPRUDENCE OF EQUITY AND LAWFUL COMMON LAW WHICH IS A HIGH CRIME AND MISDEMEANOR UNDER 28 USC 454. THIS IS A MISTAKE BY NOT GRANTING THE AGENTS MOTION BECAUSE IT IS A LAWFUL RIGHT AND NOT A LEGAL  PRIVILEGE.

THANK YOU JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE FOR DISMISSING THIS CASE VOID AB NITIO AND GRANTING THE COUNTER CLAIM BY THE DEFENDANT BY DENYING A RIGHT UNDER TITLE 18 SECTON 242 OF TRANSFER TO FEDERAL JURISDICTION OF EQUITY AND DUE PROCESS TO THE DEFENDANT UNDER 28 USC 454 AND THIS STATES BILL OF RIGHTS IN WHICH YOU JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE PLEADS GUILTY AND I THE AGENT FORGIVE YOU. ALSO BY THE BANKS FRAUD WHICH THEY HAVE ADMITTED BY ACQUIESENCE AND TACIT ACCEPTANCE OF CONDITIONAL ACCEPTANCE OF

STATES CORPORATION MEANING EVERTHING IS ALREADY PAID FOR AND THEFT IS OCCURING UPON THE TRUST PRIVATE AND PUBLIC THROUGH CORPORATIONS. ACCORDING TO 42 USC 3617 AND 42 USC 12203 WHICH IS CONTEMPT A CONTEMPT OF TRUST BY A CORPORATION THAT HAS TRESSPASSED THE PRINCIPLES TRUST CONCERNING THIS CASE WHICH IS A TRUTH WHICH IS VALIDATED THROUGH A BREACH OF TRUST AND SECURITIES FRAUD UNDER UTC 401 AND UTC 403 AND UTC 406 UNDER 18 USC 1348 BY THE VERY EXISTENCE OF THIS COMPLAINT. THE ILLINOIS BILL OF RIGHTS AND 15 USC 1 STATES THAT ALL CONTRACTS ARE NULL AND VOID FOR AMERICAN FOREIGN STATE NATIONALS ACCEPT FOR THE ORGANIC CONSTITUTION AND THE SUPREMACY CLAUSE UNDER THE CLEARFIELD DOCTRINE WHICH MEANS NO JURISDICTION BECAUSE YOU TOO ARE A CORPORATION. YOU HAVE NO AUTHORITY OR JURISDICTION UNLESS PROVEN BY WRITTEN SWORN AFFIDAVIT FROM THIS COURT. THE LIVING MAN/AGENT CAN PRESENT A CLAIM  AGAINST CORPORATIONS BY AGENT/LIVING MAN BY COUNTERCLAIM OF COMPLAINT OR COMPLAINT BY LIVING MAN/AGENT.


JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE DO YOU KNOW THE CHEVRON DOCTRINE AND ALL COLOR LAW STATUTES BY CORPORATIONS HAS BEEN REPEALED AND COMMON LAW OF EQUITY MUST BE ENFORCED


JUDGE/PUBLIC TRUSTEE  NOT PRIVATE TRUSTEE DO I HAVE A CONSTITUTIONAL RIGHT TO A TRIAL BY JURY ACCORDING TO THE

AND MARITIME CORPORATION PIRACY OF THE PUBLIC TRUST
AND PRIVATE TRUST WITHIN THIS COMPLAINT UPON
VALIDATION OF CONDITIONAL ACCEPTANCE AND COUNTER CLAIM
OF INTEROGATORIES THAT HAVE NOT BEEN SATISFIED UNDER
OATH LINE BY LINE WITHIN THE GIVEN TIME FRAME. SO NOW
THE PLAINTIFF HAS AGREED TO A NEW CONTRACT BY
ACQUIESENCE AND TACIT AGREEMENT UCC 2-206 AND MAXIM OF
LAW BY UNREBUTTED AFFIDAVIT ON PUBLIC/PRIVATE RECORD
THROUGH MY FILINGS TO THE COURT AND THE POSTAL RULE
WHICH IS JUDGMENT IN VOLUNTARY ADMISSION WHICH YOU
JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE AND THE CLERK
ARE BOUND BY YOUR OATH TO AMERICA NOT THE OATH TO THE
BAR THAT I THE AGENT/LIVING MAN AND THE TRUSTEE OF THE
PRIVATE TRUST INVOKE YOU AND THE CLERK TO ENFORCE THE
STIPULATIONS OF THE NEW CONTRACT BY MEANS OF THE
DELIVERY WITNESSED BY THE CLERK AND YOU JUDGE/PUBLIC
TRUSTEE NOT PRIVATE TRUSTEE AS A FRIEND OF THE COURT.
THIS IS CONTRACT LAW. PLEASE DO NOT VACATE YOUR OATH. THE
QUESTION IS WHERE IN THE CONSTITUTION DOES THE LAW GIVE
ANY CORPORATION THE RIGHT OR AUTHORIZATION TO FORCLOSE
WHICH IS BEYOND THEIR CHARTERED AUTHORITY. PLUS THERE IS
A PRIVATE TRUST IN PLACE. UNLESS YOU CAN PROVE DISHONOR
AND GIVE NOTICE TO THE AGENT/LIVING MANS INTENT UNDER
UCC 3-503. ALSO JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE
AM I NOT THE AGENT NOW APPEARING HERE WITHIN SPECIAL
VISITATION IN THIS COURT ROOM UNDER FORCE DURESS AND
COERCION BECAUSE I BELIEVE I AM IF WE PROCEED WITH THIS
CRIME AND ACT OF TERRORISM AGAINST WE THE PEOPLE. 31 USC
3123 STATES ALL DEBTS ARE OBLIGATIONS OF THE UNITED

I THE AGENT FOR THE PRINCIPLE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL DO NOT CONSENT OR CONTRACT OR GIVE JURISDICTION TO ANY CORPORATE COLOR OF LAW OR STATUTES THAT ARE NOT ENFORCED BY THE ENACTING CLAUSE OF THE STATE FOR ILLINOIS BEING APPLIED BY FOREIGN AGENTS OF THE BRITISH CROWN OR BY THE FOREIGN BAR ASSOCIATION TO THE AMERICAN FOREIGN STATE NATIONAL AGENT OR THE PRINCIPLES NATURAL RIGHTS UNDER THE ILLINOIS BILL OF RIGHTS AND UNDER QUI TAM A PROVISION OF THE FALSE CLAIMS ACT 31 USC 3729 AND BY THE CRIME & COURTS ACT 2013 SCHEDULE 5 PART 7 ATTEMPTING TO COLLECT ANY TYPE OF DEBT MAY IT BE TRUE OR FALSE UNDER COLOR OF LAW OR STATUTE ALSO THE FRAUD ACT OF 2006 SECTION 2 WHICH IS PART OF THE CIVIL RIGHTS ACT VIOLATIONS AND ABOUT FRAUD BY MISREPRESENTATION AND OFFENCES AGAINST WE THE PEOPLE ACT 1861 SECTION 18 AND 47 UNLESS A SWORN AFFIDAVIT OF JURISDICTION IS PRESENTED TO ME THE AGENT/REPRESENTIVE FOR THE PRINCIPLE UPON REQUEST. THIS IS MY REQUEST FOR A SWORN AFFIDAVIT OF JURISDICTION TO BE BROUGHT FORTH


TO JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE :
_____ and CLERK
:_____PRESIDING OVER THIS CASE: MOTION TO DISMISS AND DEMURRE. I PRAY TO THE COURT AND DEMAND THAT THIS NOTICE/MOTION BE ACKNOWLEDGED BECAUSE I THE AGENT REBUT ALL PRESUMPTIONS Of NON TRUTH

THE ANSWER IS NO THEY CAN NOT. THIS WAS ESTABLISHED IN
FARMERS AND MINERS v BLUE FIELD NATIONAL BANK. THE
PROMISSORY NOTE DEFINED AS A NEGOTIABLE INSTRUMENT
UNDER UCC ARTICLE 3-104 THAT WAS SIGNED BY THE
AGENT/REPRESENTATIVE FOR THE PRINCIPLE SATISFIES THE
PURCHASE IN FULL UNDER TITLE 12 1813 (L) (1) WHICH
ESTABLISHES THE TOTAL DISCHARGE OF OBLIGATION WITH
NEGOTIABLE INSTRUMENT UNDER UCC 3-603 AND UCC 3-604
ALSO UNDER 12 USC 248 AND 347 SHOWS THE PROMISSORY NOTE
AS A LIABILITY TO THE BANK AND AN ASSET TO THE PRINCIPLE.
UNDER UCC 4 (a) AND UCC 104 (c) STATES WHO IS THE
ORIGINATOR OF THE FUNDS WHICH IS THE PRINCIPLE. UCC 8 -102
(12)(15) AND (9) DEFINES THE PERSON WHO HAS SECURITIES
AND ENTITLEMENT RIGHTS BEFORE FRAUD HAS TAKEN PLACE
WHICH IS THE PRINCIPLE. IT IDENTIFIES THE BANKS AS
INTERMEDIARIES ONLY. THIS IS DESCRIBED UNDER ARTICLE 8.
UNDER ARTICLE 8 IS WHERE THE FRAUD IS HIDDEN BECAUSE IT
INVOVLES SECURITIES. ALSO WHERE WAS CONSIDERATION GIVEN
BETWEEN THE LIVING MAN AND THE BANK. WHERE IS THE
ORIGINAL WET INK SIGNATURED NOTE MADE BETWEEN TWO
LIVING BEING THAT SOLIDIFIES A CONTRACT. WHERE IS THE
EQUITABLE INTEREST OF THE BANK. STATUTE OF FRAUDS STATES
THAT THE EQUITABLE INTEREST OF GRANTS AND ASSIGNMENTS
MUST BE IN WRITING FROM THE ORIGINATOR OF THE
PROMISSORY NOTE OR THE ASSIGNMENT IS VOID. ALSO IS THIS
COMPLAINT DEEMED HEARSAY BECAUSE AN ATTORNEY FILED IT
WHICH MAKES THIS COMPLAINT VOID AB NITIO BY THE
MISREPRESENTATION AND FRAUD OF THIS ACTION

JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE DO YOU KNOW THAT I AS A LIVING MAN RETAIN AND INVOKE ALL SOVEREIGN BIRTH RIGHTS EXPRESSLY CLAIMED AND RETAINED BY ME THE LIVING MAN AGENT/ REPRESENTATIVE FOR THE PRINCIPLE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL AS DEFINED BY BOND v UNITED STATES 529 US 334 (2000) [APPENDIX B] FOR AMERICAN AGENTS FOR AMERICA BECAUSE WE ARE ALL FOREIGN AND SOVEREIGN TO EACH OTHER UNDER 18 USC 11 , 28 CFR 1604 AND 18 USC 112 AND UNDER THE STATE OF ILLINOIS BILL OF RIGHTS. I ATTEST THAT I AM NOT THE ALL CAPS ENTITY THAT IS A FICTION POSING AS THE LIVING MAN WHO IS SOVEREIGN. FEDERAL AND STATE STATUTES DO NOT APPLY TO A SOVEREIGN MAN/WOMAN. THEY ONLY APPLY TO JUDGES ATTORNEYS AND CORPORATIONS WHO ARE FOREIGN TO THIS LAND AMERICA AND NOT TO THE SOVEREIGN PEOPLE OF THIS LAND AMERICA 18 USC 54(C) BY NOT HONORING MY SOVEREIGNTY THIS IS TREASON WHICH IS A HIGH CRIME UNDER ARTICLE II SECTION 4.

THE QUESTION FOR YOU JUDGE/ PUBLIC TRUSTEE NOT PRIVATE TRUSTEE AND THE CLERK WHO HOLDS THE MOST JUDICIAL POWER OVER THE COURT OTHER THAN THE LIVING MAN ALSO THE PLAINTIFF WHICH IS A FOREIGN ENTITY. CAN BANKS LOAN MONEY OR CREDIT ACCORDING TO OR BY LAW BECAUSE IF THEY DID THEY ARE VIOLATING THE CIVIL RICO ACT 18 USC 1964 AND THEY ARE IN VIOLATION OF 18 USC 1341,1343,1961 AND 1962. UNDER 42 USC 1983 WHICH IS CONSTITUTIONAL INJURY AND 42 USC 1985 WHICH IS CONSPIRACY AND ALSO 15 USC 1692f WHICH IS UNFAIR PRACTICES OF BANKS. THIS VIOLATES THEIR CHARTER. WHAT IS THE PROCESS OF BANKS LOANING MONEY OR CREDIT.

MAN AND THE PLAINTIFFS ATTORNEY WHO CANNOT REPRESENT THE CORPORATION STATED BY PEOPLE v CALIFORNIA PROTECTIVE CORP WHICH IS A UPL RULE. CAN YOU OR THE CLERK OF THE COURT PLEASE READ MY FILINGS ALOUD FOR THE COURT. IF THIS IS NOT A COURT OF COMMON LAW TO AND FOR AMERICANS BUT A COURT OF FOREIGN AGENTS I THE AGENT FOR THE PRINCIPLE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL DIGRESS FOR THIS COURT IS TO ADHERE TO THE CONSTITUTION FOR AMERICA AND THE STATE FOR ILLINOIS BILL OF RIGHTS AND CONSTITUTION STATED BY TITLE 18 USC 2481

JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE THE QUESTION FOR YOU AND THE CLERK IS DO YOU SEE A LIVING MAN OR A PERSON DESCRIBED AS A MONSTER A THING AN INANAMENT OBJECT DESCRIBED BY BLACKS LAW DICTIONARY STANDING BEFORE YOU WHEN AND IF I APPEAR BY SPECIAL VISITATION IN THE COURT ROOM BECAUSE I AFFIRM I AM A LIVING MAN/AGENT FOR THE PRINCIPLE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL. IF YOU DO NOT AFFIRM THAT I AM ALIVE PLEASE PRODUCE MY DEATH CERTIFICATE UNDER SCOT v McNEAL 154 US 34 (1894) WHICH PROTECTS ME THE AGENT FROM ALL FOREIGN AND NON FOREIGN OFFICERS OF THE COURT. TTHAT BEING SAID WE BOTH KNOW THE COURT IS THE PAPERWORK WHICH IS THE DEAD ENTITY. THIS IS WHERE THE CRIMES ARE HIDDEN. THIS STATES BILL OF RIGHTS / DECLARATION OF RIGHTS PROTECTS WE THE PEOPLE FROM CRIMES OF PAPERWORK BY AND FROM FOREIGN AGENTS PLUS DE FACTO GOVERNMENT OFFICIALS

**NOTICE/AFFIDAVIT TO THE COURT AND OFFICERS OF THE COURT AND JUDICIAL NOTICE OF THE CONSTITUTION FOR AMERICA AND THE STATE FOR ILLINOIS CONSTITUTION**

**CERTIFICATE OF SERVICE**

**Case Number :**  2024CH07810

**JUDICIAL INQUIRY BEGINS WITH THE TEXT OF THE CONSTITUTIONS**

NOTICE to Agent is NOTICE to Principle  NOTICE to Principle is NOTICE to Agent

JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE ARE YOU NOT DESIGNATED AS THE PUBLIC TRUSTEE NOT PRIVATE TRUSTEE OF THIS CASE. IF NOT COULD YOU PLEASE RECUSE YOURSELF ALSO PEOPLE v CALIFORNIA PROTECTIVE CORP STATES THAT A CORPORATION CAN NEITHER PRACTICE LAW NOR HIRE AN ATTORNEY OR LAWYERS TO CARRY OUT BUSINESS FOR IT. THIS IS A UPL RULE OF AMERICAN JURISPRUDENCE AND LAW.

JUDGE/PUBLIC TRUSTEE NOT PRIVATE TRUSTEE UNDER JUDICIAL RULE 2.6 FEDERAL CIVIL PROCEDURE AND THE STATE FOR ILLINOIS BILL OF RIGHTS DO I THE AGENT FOR THE ALL CAPS ENTITY ADRIAN BANBRIDGE BRAZIEL HAVE A RIGHT TO BE HEARD THROUGH SPECIAL VISITATION AS ONE OF THE PEOPLE? LOPER v RAIMONDO. IF YES THEN I WOULD LIKE TO BE HEARD THROUGH MY FILINGS AND PAPERWORK TO AVOID JOINDER, PERSONAGE , PEONAGE AND BARRATRY BY YOU JUDGE / PUBLIC TRUSTEE NOT PRIVATE TRUSTEE OR THE CLERK WHO HOLDS THE MOST JUDICIAL POWER OF THE COURT OTHER THAN THE LIVING

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Circuit Court Cook County
Chief Judge
50 West Washington Rm 2600
Chicago IL. 60602

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
9590 9402 7369 2028 2713 15

2. Article Number (Transfer from service label)

7019 1640 0002 1125 8784

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _KC NC_                    ☒ Agent
                             ☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

John W Busis                         12/2/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form **3811**, July 2020 PSN 7530-02-000-9053        Domestic Return Receipt

YOU HAVE BEEN PUT ON NOTICE BY SUI JURIS. PLEASE DO NOT VACATE YOUR OATH. WHAT IS THE FINE FOR ANY MISREPRESENTATION BECAUSE THERE IS A FINE OF ONE MILLION DOLLARS PER EACH MISREPRESENTATION IN THE COURT OFFICERS PERSONAL CAPACITY FOR VIOLATION OF OATH AND DUTY. I THE AGENT VOW NOT TO BRING ABOUT HARM UNLESS HARM IS BROUGHT. NO DISRESPECT TO THE COURT OR THE OFFICERS OF THE COURT

**PERJURY APPLIES UNDER UCC 1-308/UCC 1-306.1. STAMP OF THUMBPRINT PROOF OF LIFE. POSTAL RULE/STAMP DUTY ACT APPLIES BY:**

adrian - banbridge of the family braziel /Agent 



3 of 3

WHICH IS BEYOND THEIR CHARTERED AUTHORITY. PLUS THERE IS A PRIVATE TRUST IN PLACE. UNLESS YOU CAN PROVE DISHONOR AND GIVE NOTICE TO THE AGENT/LIVING MAN UNDER UCC 3-503. ALSO JUDGE/TRUSTEE AM I NOT THE AGENT NOW APPEARING HERE WITHIN SPECIAL VISITATION IN THIS COURT ROOM UNDER FORCE DURESS AND COERCION BECAUSE I BELIEVE I AM IF WE PROCEED WITH THIS CRIME AND ACT OF TERRORISM AGAINST THE PEOPLE. 31 USC 3123 STATES ALL DEBTS ARE OBLIGATIONS OF THE UNITED STATES CORPORATION MEANING EVERTHING IS ALREADY PAID FOR AND THEFT IS OCCURING THROUGH CORPORATIONS. ACCORDING TO 42 USC 3617 AND 42 USC 12203 WHICH IS CONTEMPT A CONTEMPT OF TRUST BY A CORPORATION THAT HAS TRESSPASSED THE LIVING MAN/AGENT AND THE PRINCIPLE CONCERNING THIS CASE WHICH IS A FACT WHICH IS VALIDATED AND A BREACH OF TRUST AND SECURITIES FRAUD BY THE VERY EXISTENCE OF THIS COMPLAINT. THE ILLINOIS BILL OF RIGHTS AND 15 USC 1 STATES THAT ALL CONTRACTS ARE NULL AND VOID FOR AMERICAN FOREIGN STATE NATIONALS ACCEPT FOR THE ORGANIC CONSTITUTION AND THE SUPREMACY CLAUSE UNDER THE CLEARFIELD DOCTRINE WHICH MEANS NO JURISDICTION OR AUTHORITY UNLESS PROVEN BY WRITTEN SWORN AFFIDAVIT BY THIS COURT OR ITS OFFICERS UNLESS PRESENTED TO CORPORATIONS BY AGENT/LIVING MAN BY COUNTERCLAIM OF COMPLAINT OR COMPLAINT BY LIVING MAN/AGENT.